CLOSED,FRC

# U.S. District Court
## Southern District of Georgia (Brunswick)
## CRIMINAL DOCKET FOR CASE #: 2:94-cr-00053-LGW-BWC-1

Case title: United States of America v. Campbell et al

Date Filed: 09/08/1994
Date Terminated: 05/23/1995

Assigned to: Judge Lisa G. Wood
Referred to: Magistrate Judge Benjamin
W. Cheesbro

Appeals court case numbers: '08-
11804A' '11th Circuit', 12-14098-C
USCOA, 95-8250

### Defendant (1)

**Albert Campbell, III**
*TERMINATED: 05/23/1995*
*also known as*
Sonny

represented by **Albert Campbell, III**
34871-004
351 NW 201st Street
Miami, FL 33169
PRO SE

**Carter A. Setliff**
Setliff & Hammonds, PA
938 Center St.
Conyers, GA 30012
770/483-9252
Fax: 770/483-9287(fax)
*TERMINATED: 09/22/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Gough**
Kevin Gough Firm, LLC
P.O. Box 30357
Sea Island, GA 31561
912-242-5114
Fax: 912-480-9280
Email: kevingough.firm@gmail.com
*TERMINATED: 05/23/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Melissa Lynn Kotun**
Bryan Cave Leighton Paisner, LLP
One Atlantic Center
1201 W. Peachtree St., NW
14th Floor
Atlanta, GA 30309-3488
404-572-6600
Fax: 404-572-6999
Email:
melissa.kotun@stantonlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**R. Joseph Hammill**
R. Joseph Hammill, LLC
904 G St.
Brunswick, GA 31520
912-262-1530
Fax: 912-261-9417
Email: jhammill31520@msn.com
*TERMINATED: 05/23/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ann W. Ferebee**
Bryan Cave, LLP
One Atlantic Center
1201 W. Peachtree St., NW
14th Floor
Atlanta, GA 30309-3488
404-572-6900
Fax: 404-572-6999
Email: ann.ferebee@bryancave.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

21:846 CONSPIRACY TO POSSESS
W/INTENT TO DISTRIBUTE
COCAINE AND COCAINE BASE
(1rs)

**Disposition**

$50.00 Special Assessment; 420 months
imprisonment; 10 yrs supervised
release; ineligible for federal benefits
for 5 yrs

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

21:846 AND 21:853 CONSPIRACY
TO POSSESS W/INTENT TO
DISTRIBUTE COCAINE AND
COCAINE BASE; (CT 6:
FORFEITURE)
(1)

Dismissed

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**surety**

**Savannah Harris**
*TERMINATED: 03/22/1995*

**surety**

**Dorethia Brooks**

**surety**

**Teisha Y. Humphreys**
*TERMINATED: 03/22/1995*

**Plaintiff**

**United States of America**                    represented by   **Carlton R. Bourne , Jr.**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-652-4422
Fax: 912-652-4388
Email: karl.knoche@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Christian Stuchell**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300

Savannah, GA 31401
912-201-2528
Fax: 912-652-4388
Email: james.stuchell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Mitchell Stewart**
Crowder Stewart, LLP
540 James Brown Boulevard
P.O. Box 160
Augusta, GA 30903
706-434-8797
Email: david@crowderstewart.com
*ATTORNEY TO BE NOTICED*

**Karl Irving Knoche**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-652-4422
Fax: 912-652-4388
Email: karl.knoche@usdoj.gov
*ATTORNEY TO BE NOTICED*

**R. Brian Tanner (AUSA)**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-201-2543
Fax: 912-652-4388
Email: nancy.greenwood@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 08/31/1994 | | | Motion(s) referred to Magistrate Judge G. R. Smith as to Sealed Deft #1, Sealed Deft #2, Sealed Deft #3, Sealed Deft #4, Sealed Deft #5, Sealed Deft #6 : [1-1] motion to Seal (jsr) (Entered: 08/31/1994) |
| 08/31/1994 | 2 | ☐ | ORDER as to Sealed Defts 1-6 granting [1-1] motion to Seal case ( Signed by Magistrate Judge G. R. Smith ) (jsr) (Additional attachment(s) added on 1/28/2014: # 1 motion) (slt). (Entered: 08/31/1994) |
| 08/31/1994 | 3 | ☐ | |

| | | | |
|---|---|---|---|
| | | | SEALED INDICTMENT as to Sealed Deft #1 (1) count(s) 1, Sealed Deft #2 (2) count(s) 1, 2, Sealed Deft #3 (3) count(s) 1, 3, Sealed Deft #4 (4) count(s) 1, 4, Sealed Deft #5 (5) count(s) 1, 5, Sealed Deft #6 (6) count(s) 1 (jsr) (Additional attachment(s) added on 1/28/2014: # 1 penalty certification) (slt). (Entered: 08/31/1994) |
| 08/31/1994 | | | BENCH WARRANT issued as to Sealed Deft #1, Sealed Deft #2, Sealed Deft #3, Sealed Deft #4, Sealed Deft #5 (jsr) (Entered: 09/02/1994) |
| 09/08/1994 | 4 | ☐ | MOTION by USA as to Sealed Defts to Unseal Indictment with brief in support. (jsr) (slt). (Entered: 09/09/1994) |
| 09/08/1994 | | | Motion(s) referred to Magistrate Judge G. R. Smith as to Sealed Deft #1, Sealed Deft #2, Sealed Deft #3, Sealed Deft #4, Sealed Deft #5, Sealed Deft #6 : [4-1] motion to Unseal Indictment (jsr) (Entered: 09/09/1994) |
| 09/08/1994 | 5 | ☐ | ORDER as to Sealed Defts granting [4-1] motion to Unseal Indictment ( Signed by Magistrate Judge G. R. Smith ) (jsr) (slt). (Entered: 09/09/1994) |
| 09/08/1994 | | | Indictment unsealed (jsr) (Entered: 09/09/1994) |
| 09/08/1994 | | | ARREST of Albert Campbell III in S. Dist of FL (cfr) (Entered: 09/22/1994) |
| 09/22/1994 | 10 | ☐ | Rule 40 Documents as to Albert Campbell III received from S Dist of FL, Miami Div (cfr) (slt). (Entered: 09/22/1994) |
| 09/26/1994 | 13 | ☐ | ARREST WARRANT Returned Executed as to Albert Campbell III: deft arrested in Miami, FL on 9/8/94 (cfr) Modified on 09/26/1994 (slt). (Entered: 09/26/1994) |
| 10/03/1994 | 18 | ☐ | CJA 23 FINANCIAL AFFIDAVIT by Albert Campbell, III. (lgl) (slt). (Entered: 10/03/1994) |
| 10/03/1994 | 19 | ☐ | CJA 20 as to Albert Campbell III: Appointment of Attorney R. Joseph Hammill Voucher # 0631157 ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 10/03/1994) |
| 10/03/1994 | | | Initial appearance as to Albert Campbell III held (Defendant informed of rights.) (jsr) (Entered: 10/03/1994) |
| 10/03/1994 | | | Detention hearing as to Albert Campbell III held;Court finds that there is probable cause to held deft pending trial. Court will enter order. (tape no. 94-138) (jsr) (Entered: 10/03/1994) |
| 10/04/1994 | 23 | ☐ | ORDER OF DETENTION as to Albert Campbell III ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 10/04/1994) |
| 10/06/1994 | | | Deadline updated as to Albert Campbell III, Rodney Walker, Lester Harris, Tyrone Butler, set Arraignment for 2:00 10/17/94 |

| | | | |
|---|---|---|---|
| | | | for Albert Campbell III, for Rodney Walker, for Lester Harris, for Tyrone Butler before Magistrate Judge James E. Graham (lgl) (Entered: 10/06/1994) |
| 10/07/1994 | 28 | ☐ | AFFIDAVIT by Savannah Harris as owner of cash security Re: [27-1] bond (cfr) (slt). (Entered: 10/07/1994) |
| 10/17/1994 | 35 | ☐ | SUPERSEDING INDICTMENT as to Albert Campbell (1) count(s) 1s, Marvin Campbell (2) count(s) 1s, 2s, Rodney Walker (3) count(s) 1s, 3s, Lester Harris (4) count(s) 1s, 4s, Tyrone Butler (5) count(s) 1s, 5s, Samantha Williams (6) count(s) 1s (jsr) (slt). (Entered: 10/17/1994) |
| 10/17/1994 | | | Arraignment as to Albert Campbell III held Not guilty plea entered. (jsr) (Entered: 10/17/1994) |
| 10/17/1994 | | | Deadline updated as to Albert Campbell III, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams, setting Motion Filing deadline to 11/6/94 (jsr) (Entered: 10/17/1994) |
| 10/19/1994 | 46 | ☐ | Penalty Certification by USA as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams, (filed 10/17/94 Sav.) (jsr) (slt). (Entered: 10/19/1994) |
| 10/19/1994 | 47 | ☐ | FIRST CERTIFICATE OF DISCLOSURE by USA (filed 10/17/94 Sav) (jsr) (slt). (Entered: 10/19/1994) |
| 10/19/1994 | 48 | ☐ | PRELIMINARY STATEMENT RE: DISCOVERY by USA as to Defts. (jsr) (slt). (Entered: 10/19/1994) |
| 10/19/1994 | 49 | ☐ | FIRST BRADY/GIGLIO NOTICE of by USA as to Defts. (jsr) (slt). (Entered: 10/19/1994) |
| 10/25/1994 | 66 | ☐ | AFFIDAVIT by Dorethia Brooks Re: Owner of cash Security (jsr) (slt). (Entered: 10/25/1994) |
| 11/07/1994 | 75 | ☐ | AFFIDAVIT by owner of cash security by Teisha Y. Humphreys Re:Bnd of Rodney Walker (jsr) (slt). (Entered: 11/07/1994) |
| 11/07/1994 | 76 | ☐ | GENERAL ORDER of the Court re: Registry Fee: Teisha Y. Humphreys, surety for Rodney Walker. (jsr) (slt). (Entered: 11/07/1994) |
| 11/10/1994 | 81 | ☐ | MOTION by USA as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams for Discovery of evidence with brief in support. (jsr) (slt). (Entered: 11/11/1994) |
| 11/10/1994 | 82 | ☐ | SECOND CERTIFICATE OF DISCLOSURE by USA (jsr) (slt). (Entered: 11/11/1994) |
| 11/22/1994 | 90 | ☐ | NOTICE by USA to all defense counsel of showing of Physical Evidence at DEA Office on 12/7/94 (cfr) (slt). (Entered: 11/28/1994) |

| | | | |
|---|---|---|---|
| 11/22/1994 | 91 | ☐ | CERTIFICATE OF DISCLOSURE by USA as to Marvin Campbell (cfr) (slt) (Entered: 11/28/1994) |
| 11/29/1994 | 92 | ☐ | FOURTH CERTIFICATE OF DISCLOSURE by USA (jsr) (slt). (Entered: 12/01/1994) |
| 12/07/1994 | 94 | ☐ | NOTICE OF INTENT to Use Rule 404 (b) Evidence and Title 21 USC Sec. 851 Enhancement by USA as to Albert Campbell III (jsr) Modified on 12/14/1994 (slt). (Entered: 12/08/1994) |
| 12/12/1994 | 95 | ☐ | SECOND BRADY/GIGLIO NOTICE of by USA as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams (jsr) (slt). (Entered: 12/14/1994) |
| 12/12/1994 | 96 | ☐ | FIFTH CERTIFICATE OF DISCLOSURE by USA (jsr) (slt). (Entered: 12/14/1994) |
| 12/20/1994 | 100 | ☐ | EXPARTE MOTION by USA SEALED MOTION (jsr) (slt). (Entered: 12/20/1994) |
| 12/20/1994 | | | Motion(s) referred to Magistrate Judge James E. Graham as : [100-1] motion SEALED MOTION (jsr) (Entered: 12/20/1994) |
| 12/20/1994 | 101 | ☐ | ORDER as to Defts. granting [100-1] EX PARTE MOTION ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 12/20/1994) |
| 12/28/1994 | 103 | ☐ | MOTION by Albert Campbell III for leave of absence for R. Joseph Hammill for defendant Albert Campbell III with brief in support. (jsr) (slt). (Entered: 12/28/1994) |
| 12/28/1994 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [103-1] motion for leave of absence for R. Joseph Hammill for defendant Albert Campbell III (jsr) (Entered: 12/28/1994) |
| 12/28/1994 | 104 | ☐ | ORDER as to Albert Campbell III granting [103-1] motion for leave of absence for R. Joseph Hammill, 12/21/94 to 12/29/94. ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 12/28/1994) |
| 01/19/1995 | 105 | ☐ | SIXTH CERTIFICATE OF DISCLOSURE by USA (jsr) (slt). (Entered: 01/20/1995) |
| 01/25/1995 | 106 | ☐ | NOTICE of Appearance for Albert Campbell III by Attorney Kevin Gough (jsr) (slt). (Entered: 01/25/1995) |
| 01/25/1995 | 107 | ☐ | MOTION by Albert Campbell III to Extend Time to file motions with brief in support. (jsr) (slt). (Entered: 01/25/1995) |
| 01/25/1995 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [107-1] motion to Extend Time to file motions (jsr) (Entered: 01/25/1995) |

| 01/31/1995 | 113 | ☐ | ORDER as to Albert Campbell III terminating CJA Atty Joe Hammill. Ret. atty appearance of K. Gough entered. ( Signed by Magistrate Judge James E. Graham ) (lgl) (slt). (Entered: 01/31/1995) |
|---|---|---|---|
| 01/31/1995 | 115 | ☐ | Proposed Voir Dire Questions by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (filed 1/30/95) (jsr) (slt). (Entered: 01/31/1995) |
| 01/31/1995 | 116 | ☐ | Request to charge by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (filed 1/30/95) (jsr) (slt). (Entered: 01/31/1995) |
| 01/31/1995 | 118 | ☐ | SEVENTH CERTIFICATE OF DISCLOSURE by USA (jsr) (slt). (Entered: 01/31/1995) |
| 02/01/1995 | 120 | ☐ | MOTION by Albert Campbell III for Discovery and inspection pur to FRCP16(a)(1)(A) & 16(a)(1)(B) with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 121 | ☐ | MOTION by Albert Campbell III for Protective Order with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 122 | ☐ | MOTION by Albert Campbell III for Pre-trial Discovery , and to inspection pur to SDRule 7.3 with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 123 | ☐ | MOTION by Albert Campbell III for Disclosure of information necessary to receive a fair trial with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 124 | ☐ | MOTION by Albert Campbell III for production of witness statements with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 125 | ☐ | MOTION by Albert Campbell III for Witness List with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 126 | ☐ | MOTION by Albert Campbell III to Suppress statements made by deft for discovery with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 127 | ☐ | MOTION by Albert Campbell III for Notice of Intent to introduce evidence of other crimes , and for pre-trial evidentiary Hearing with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 128 | ☐ | MOTION by Albert Campbell III for pre-trial Hearing to determine existence of conspiracy with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 129 | ☐ | MOTION by Albert Campbell III for Notice of Govt's Intent to admit evidence under residual hearsay exceptions with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 130 | ☐ | MOTION by Albert Campbell III to participate in Voir Dire with brief in support. (jsr) (slt). (Entered: 02/01/1995) |

| 02/01/1995 | 131 | ☐ | MOTION by Albert Campbell III to Compel disclosure of Govt's jysel data with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
|---|---|---|---|
| 02/01/1995 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [131-1] motion to Compel disclosure of Govt's jysel data, [130-1] motion to participate in Voir Dire, [129-1] motion for Notice of Govt's Intent to admit evidence under residual hearsay exceptions, [128-1] motion for pre-trial Hearing to determine existence of conspiracy, [127-1] motion for Notice of Intent to introduce evidence of other crimes, [127-2] motion for pre-trial evidentiary Hearing, [126-1] motion to Suppress statements made by deft for discovery, [125-1] motion for Witness List, [124-1] motion for production of witness statements, [123-1] motion for Disclosure of information necessary to receive a fair trial, [122-1] motion for Pre-trial Discovery, [122-2] motion to inspection pur to SDRule 7.3, [121-1] motion for Protective Order, [120-1] motion for Discovery and inspection pur to FRCP16(a)(1)(A) & 16(a)(1)(B) (jsr) (Entered: 02/01/1995) |
| 02/01/1995 | 132 | ☐ | MOTION by Albert Campbell III for additional peremptory challenges with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 133 | ☐ | MOTION by Albert Campbell III to preserve evidence with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 134 | ☐ | MOTION by Albert Campbell III for Leave to File additional motions with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 135 | ☐ | MOTION by Albert Campbell III to Adopt Motion of Other Defendants with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 136 | ☐ | MOTION by Albert Campbell III for production of exculpatory evidence with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 137 | ☐ | MOTION by Albert Campbell III for Disclosure of of informants with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 138 | ☐ | MOTION by Albert Campbell III for Brady Material (rough notes) with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 139 | ☐ | MOTION by Albert Campbell III for Disclosure of electronic or other surveillance with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 140 | ☐ | MOTION by Albert Campbell III requiring the Govt to admit or deny the existence of other investigations & potential indictments with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 141 | ☐ | MOTION by Albert Campbell III for production of co-conspirators statements with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 142 | ☐ | MOTION by Albert Campbell III for production of statements of deft with brief in support. (jsr) (slt). (Entered: 02/01/1995) |

| 02/01/1995 | 143 | ☐ | MOTION by Albert Campbell III for copies of news releases issued by police & FBI & complete transcripts of all press conferences with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | 144 | | MOTION by Albert Campbell III to Sever counts & defts with brief in support. (jsr) (Entered: 02/01/1995) |
| 02/01/1995 | 145 | ☐ | MOTION by Albert Campbell III for Bill of Particulars with brief in support. (jsr) (slt). (Entered: 02/01/1995) |
| 02/01/1995 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [145-1] motion for Bill of Particulars, [144-1] motion to Sever counts & defts, [143-1] motion for copies of news releases issued by police & FBI & complete transcripts of all press conferences, [142-1] motion for production of statements of deft, [141-1] motion for production of co-conspirators statements, [140-1] motion requiring the Govt to admit or deny the existence of other investigations & potential indictments, [139-1] motion for Disclosure of electronic or other surveillance, [138-1] motion for Brady Material (rough notes), [137-1] motion for Disclosure of of informants, [136-1] motion for production of exculpatory evidence, [135-1] motion to Adopt Motion of Other Defendants, [134-1] motion for Leave to File additional motions, [133-1] motion to preserve evidence, [132-1] motion for additional peremptory challenges (jsr) (Entered: 02/01/1995) |
| 02/02/1995 | 148 | ☐ | ORDER as to Albert Campbell III granting [134-1] motion for Leave to File additional motions as to Albert Campbell (1), resetting Motion Filing deadline to 2/1/95 for Albert Campbell III ( Signed by Magistrate Judge James E. Graham, Nunc Pro Tunc 2/2/95) (jsr) (slt). (Entered: 02/03/1995) |
| 02/02/1995 | 150 | ☐ | THIRD BRADY/GIGLIO NOTICE OF DISCLOSURE by USA (jsr) (slt). (Entered: 02/03/1995) |
| 02/03/1995 | 151 | ☐ | MOTION by Albert Campbell III to Suppress , for return of property ,and for Disclosure of witness statements & other info necessary to receive a fair hrg upon sid motions with brief in support. (jsr) (slt). (Additional attachment(s) added on 12/20/2013: # 1 motion) (slt). (Entered: 02/06/1995) |
| 02/06/1995 | 152 | ☐ | PETITION by USA for Writ of Habeas Corpus ad testificandum for Thomas Eric Rogers to appear 2-21-95 at 9:00 (mmh) (slt). (Entered: 02/06/1995) |
| 02/06/1995 | | | WRIT of Habeas Corpus ad Testificandum issued for Thomas Eric Rogers for 2-21-95 in case as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams (mmh) (Entered: 02/06/1995) |
| 02/07/1995 | 153 | ☐ | RESPONSE by USA as to Albert Campbell III re [151-2] motion for return of property, [151-3] motion for Disclosure of witness statements & other info necessary to receive a fair hrg upon sid |

| | | | |
|---|---|---|---|
| | | | motions, [145-1] motion for Bill of Particulars, [144-1] motion to Sever counts & defts, [143-1] motion for copies of news releases issued by police & FBI & complete transcripts of all press conferences, [142-1] motion for production of statements of deft, [141-1] motion for production of co-conspirators statements, [140-1] motion requiring the Govt to admit or deny the existence of other investigations & potential indictments, [139-1] motion for Disclosure of electronic or other surveillance, [138-1] motion for Brady Material (rough notes), [137-1] motion for Disclosure of of informants, [136-1] motion for production of exculpatory evidence, [135-1] motion to Adopt Motion of Other Defendants, [134-1] motion for Leave to File additional motions, [133-1] motion to preserve evidence, [132-1] motion for additional peremptory challenges, [131-1] motion to Compel disclosure of Govt's jysel data, [130-1] motion to participate in Voir Dire, [129-1] motion for Notice of Govt's Intent to admit evidence under residual hearsay exceptions, [128-1] motion for pre-trial Hearing to determine existence of conspiracy, [127-1] motion for Notice of Intent to introduce evidence of other crimes, [127-2] motion for pre-trial evidentiary Hearing, [125-1] motion for Witness List, [124-1] motion for production of witness statements, [123-1] motion for Disclosure of information necessary to receive a fair trial, [122-1] motion for Pre-trial Discovery, [122-2] motion to inspection pur to SDRule 7.3, [121-1] motion for Protective Order, [120-1] motion for Discovery and inspection pur to FRCP16(a)(1)(A) & 16(a)(1)(B), [107-1] motion to Extend Time to file motions (jsr) (slt). (Entered: 02/07/1995) |
| 02/07/1995 | <u>154</u> | ☐ | RESPONSE by USA as to Albert Campbell III re [151-1] motion to Suppress, [126-1] motion to Suppress statements made by deft for discovery (jsr) (slt). (Entered: 02/07/1995) |
| 02/07/1995 | <u>155</u> | ☐ | FOURTH BRADY/GIGLIO NOTICE by USA (jsr) (slt). (Entered: 02/07/1995) |
| 02/07/1995 | <u>156</u> | ☐ | EIGHTH CERTIFICATE OF DISCLOSURE by USA (filed 2/6/95) (jsr) (slt). (Entered: 02/07/1995) |
| 02/07/1995 | <u>157</u> | ☐ | Exhibit list by USA as to Albert Campbell III re: Deft A. Campbell's Motion to Suppress. (lgl) (slt). (Entered: 02/07/1995) |
| 02/07/1995 | | | Motion hearing held as to Albert Campbell III re: [126-1] motion to Suppress statements made by deft for discovery, [151-1] motion to Suppress. Statements made to counsel regarding pending motions. Govt witnesses: Lloyd W. Patterson, Douglas Moore, sworn. Govt rested. Deft rested. The court will prepare an R&R. Counsel are given until 5:00 p.m. on 2/10/95 to file any supplemental briefs re: Motions to Suppress. (lgl) (Entered: 02/07/1995) |
| 02/07/1995 | <u>158</u> | ☐ | |

| | | | |
|---|---|---|---|
| | | ☐ | AFFIDAVIT as to Albert Campbell III Re: [151-1] motion to Suppress, [126-1] motion to Suppress statements made by deft for discovery. (lgl) (slt). (Entered: 02/07/1995) |
| 02/07/1995 | 159 | ☐ | AFFIDAVIT by Albert Campbell III as to Albert Campbell III Re: [151-1] motion to Suppress, [126-1] motion to Suppress statements made by deft for discovery. (lgl) (slt). (Entered: 02/07/1995) |
| 02/09/1995 | 162 | ☐ | FIFTH BRADY/GIGLO NOTICE of by USA as to Defts (jsr) (slt). (Entered: 02/10/1995) |
| 02/09/1995 | 163 | ☐ | ORDER as to Albert Campbell III denying [144-1] motion to Sever counts & defts as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/10/1995) |
| 02/09/1995 | 164 | ☐ | ORDER as to Albert Campbell III denying [145-1] motion for Bill of Particulars as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/10/1995) |
| 02/10/1995 | 165 | ☐ | ORDER directing svc of R&R as to Albert Campbell III, Samantha Williams ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/10/1995) |
| 02/10/1995 | 166 | ☐ | REPORT AND RECOMMENDATIONS of Magistrate Judge James E. Graham as to Albert Campbell III, Samantha Williams denying Re: [151-1] motion to Suppress, [126-1] motion to Suppress statements made by deft for discovery, [112-1] motion to Suppress ; Motion no longer referred Objections to R and R due by 2/17/95 (jsr) (slt). (Entered: 02/10/1995) |
| 02/13/1995 | 167 | ☐ | MEMORANDUM by Albert Campbell III in support of [151-1] motion to Suppress, [126-1] motion to Suppress statements made by deft for discovery (jsr) (slt). (Entered: 02/13/1995) |
| 02/14/1995 | 176 | ☐ | ORDER directing svc of R&R as to Albert Campbell III ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/14/1995) |
| 02/14/1995 | 177 | ☐ | REPORT AND RECOMMENDATIONS of Magistrate Judge James E. Graham as to Albert Campbell III to deny [151-1] motion to Suppress ; Motion no longer referred Objections to R and R due by 2/17/95 (jsr) (slt). (Entered: 02/14/1995) |
| 02/15/1995 | 178 | ☐ | Proposed Voir Dire Questions by Albert Campbell III (jsr) (Additional attachment(s) added on 2/4/2014: # 1 voir dire) (slt). (Entered: 02/16/1995) |
| 02/16/1995 | 180 | ☐ | ORDER as to Albert Campbell III granting [138-1] motion for Brady Material (rough notes) as to Albert Campbell (1), granting [133-1] motion to preserve evidence as to Albert Campbell (1), granting [130-1] motion to participate in Voir Dire as to Albert |

| | | | |
|---|---|---|---|
| | | | Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/16/1995) |
| 02/16/1995 | 183 | ☐ | ORDER as to Albert Campbell III denying [132-1] motion for additional peremptory challenges as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/16/1995) |
| 02/16/1995 | 184 | ☐ | ORDER as to Albert Campbell III denying [140-1] motion requiring the Govt to admit or deny the existence of other investigations & potential indictments as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/16/1995) |
| 02/16/1995 | 185 | ☐ | ORDER as to Albert Campbell III denying [125-1] motion for Witness List as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/16/1995) |
| 02/16/1995 | 186 | ☐ | ORDER as to Albert Campbell III granting [135-1] motion to Adopt Motion of Other Defendants as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/16/1995) |
| 02/16/1995 | 187 | ☐ | ORDER as to Albert Campbell III denying [107-1] motion to Extend Time to file motions as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/16/1995) |
| 02/16/1995 | 189 | ☐ | ORDER as to Albert Campbell III mooting [143-1] motion for copies of news releases issued by police & FBI & complete transcripts of all press conferences as to Albert Campbell (1), mooting [142-1] motion for production of statements of deft as to Albert Campbell (1), mooting [141-1] motion for production of co-conspirators statements as to Albert Campbell (1), mooting [139-1] motion for Disclosure of electronic or other surveillance as to Albert Campbell (1), mooting [136-1] motion for production of exculpatory evidence as to Albert Campbell (1), mooting [131-1] motion to Compel disclosure of Govt's jysel data as to Albert Campbell (1), mooting [129-1] motion for Notice of Govt's Intent to admit evidence under residual hearsay exceptions as to Albert Campbell (1), mooting [128-1] motion for pre-trial Hearing to determine existence of conspiracy as to Albert Campbell (1), mooting [127-1] motion for Notice of Intent to introduce evidence of other crimes as to Albert Campbell (1), mooting [127-2] motion for pre-trial evidentiary Hearing as to Albert Campbell (1), mooting [126-1] motion to Suppress statements made by deft for discovery as to Albert Campbell (1), mooting [124-1] motion for production of witness statements as to Albert Campbell (1), mooting [123-1] motion for Disclosure of information necessary to receive a fair trial as to Albert Campbell (1), mooting [122-1] motion for Pre-trial Discovery as to Albert Campbell (1), mooting [122-2] motion to inspection pur to SDRule 7.3 as to Albert |

| | | | |
|---|---|---|---|
| | | ☐ | Campbell (1), mooting [120-1] motion for Discovery and inspection pur to FRCP16(a)(1)(A) & 16(a)(1)(B) as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/17/1995) |
| 02/17/1995 | 191 | ☐ | OBJECTION by Albert Campbell III to [166-1] report and recommendations (jsr) (slt). (Entered: 02/21/1995) |
| 02/17/1995 | 192 | ☐ | OBJECTION by Albert Campbell III to [177-1] report and recommendations (jsr) (slt). (Entered: 02/21/1995) |
| 02/21/1995 | 197 | ☐ | TRANSCRIPT filed in case as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams for dates of Feb. 2, 1995, Excerpts fr Motion to Suppress. (jsr) (slt). (Entered: 02/22/1995) |
| 02/22/1995 | 198 | ☐ | Request to charge by Albert Campbell III (jsr) (slt). (Entered: 02/22/1995) |
| 02/23/1995 | 200 | ☐ | ORDER as to Albert Campbell III denying [151-3] motion for Disclosure of witness statements & other info necessary to receive a fair hrg upon sid motions as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/23/1995) |
| 02/23/1995 | 201 | ☐ | ORDER denying motion for hrg (128) as to Albert Campbell III ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/23/1995) |
| 02/23/1995 | 202 | ☐ | ORDER as to Albert Campbell III denying [137-1] motion for Disclosure of of informants as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/23/1995) |
| 02/23/1995 | 203 | ☐ | ORDER as to Albert Campbell III denying [121-1] motion for Protective Order as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/23/1995) |
| 02/24/1995 | 204 | ☐ | NOTICE of Redacted Indictment by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (jsr) (slt). (Entered: 02/24/1995) |
| 02/24/1995 | 205 | ☐ | Count Redaction Albert Campbell (1): Former count 1s is now count 1rs. Marvin Campbell (2): Former count 1s is now count 1rs. Marvin Campbell (2): Former count 2s is now count 2rs. Tyrone Butler (5): Former count 1s is now count 1rs. Tyrone Butler (5): Former count 5s is now count 3rs. Samantha Williams (6): Former count 1s is now count 1rs. (jsr) Modified on 02/24/1995 (slt). (Entered: 02/24/1995) |
| 02/24/1995 | 206 | ☐ | MOTION by USA as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams to Dismiss Forfeiture Count Six with brief in support. (jsr) (slt). (Entered: 02/24/1995) |

| 02/24/1995 | 207 | ☐ | ORDER as to Defts mooting Govt's [81-1] motion for Discovery of evidence as to Campbell (1), Marvin Campbell (2), Lester Harris (4), Butler (5), Samantha Williams (6) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 02/24/1995) |
|---|---|---|---|
| 02/24/1995 | 209 | ☐ | ORDER as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams granting [206-1] motion to Dismiss Forfeiture Count Six as to Albert Campbell (1), Marvin Campbell (2), Rodney Walker (3), Lester Harris (4), Tyrone Butler (5), Samantha Williams (6) ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 02/24/1995) |
| 02/27/1995 | 211 | ☐ | MOTION by Albert Campbell III to Continue trial with brief in support. (bar) (slt). (Entered: 02/27/1995) |
| 02/27/1995 | 213 | ☐ | Exhibit list by Albert Campbell III (bar) (slt). (Entered: 02/27/1995) |
| 02/27/1995 | 217 | ☐ | Witness list by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (bar) (slt). (Entered: 02/27/1995) |
| 02/27/1995 | 218 | ☐ | Exhibit list by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (bar) (slt). (Entered: 02/27/1995) |
| 02/27/1995 | 219 | ☐ | Amended Request to charge no. 8 by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (bar) (slt). (Entered: 02/27/1995) |
| 02/27/1995 | 220 | ☐ | NOTICE of expert witness testimony by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (filed 2/24/95 Sav) (jsr) (slt). (Entered: 02/27/1995) |
| 02/27/1995 | 222 | ☐ | ORDER as to Albert Campbell III denying [151-1] motion to Suppress as to Albert Campbell (1), denying [151-2] motion for return of property as to Albert Campbell (1) ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 02/27/1995) |
| 02/27/1995 | | | Jury selection held Albert Campbell (1) count(s) 1rs, Marvin Campbell (2) count(s) 1rs, 2rs, Tyrone Butler (5) count(s) 1rs, 3rs, Samantha Williams (6) count(s) 1rs Terminated motions: [211-1] motion to Continue trial as to Albert Campbell (1), [210-1] motion to Adopt jy instructions of Other Defendants as to Tyrone Butler (5), [193-1] motion to Continue trial as to Samantha Williams (6) (jsr) (Entered: 03/02/1995) |
| 02/27/1995 | | | Jury trial as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams held; Motion by Deft. A.Campbell to continue-denied. Motion by A. Campbell for mistrial-denied. Court recess until 2/28/95. (Court Reporter: Norma Hatfield) (jsr) (Entered: 03/02/1995) |

| 02/27/1995 | 224 | ☐ | ORDER to fed & house sequestered jury as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 03/02/1995) |
| 02/27/1995 | 225 | ☐ | STIPULATION by Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams, USA, RE: Phone records (jsr) (slt). (Entered: 03/02/1995) |
| 02/27/1995 | 212 | ☐ | WITNESS LIST by Albert Campbell, III. (slt) (Entered: 12/27/2013) |
| 02/28/1995 | | | Jury trial Continued as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams; Govt rests: 5:49 P.M., Motion by Deft. S. Williams for Jgm of Acquittal-Granted. Mot by remaining defts for jgm of acquittal: denied. Court recess. (jsr) (Entered: 03/02/1995) |
| 02/28/1995 | 226 | ☐ | SIXTH BRADY/GIGLIO NOTICE by USA (jsr) (slt). (Entered: 03/02/1995) |
| 03/01/1995 | | | Jury trial as to Albert Campbell III, Marvin Campbell, Tyrone Butler cont'd. Defts rest, Motion for jgm of acquittal all defts-reserved. Exceptions by Albert Campbell stated at side, bar, no further exceptions. Alternates excused. Verdict 7:53 P.M., Jury polled, Guilty all counts. all defts. All defts remanded to custody of USM. Court recess 8:05 P.M. (jsr) (Entered: 03/02/1995) |
| 03/01/1995 | 227 | ☐ | Jury Question filed as to Albert Campbell III, Marvin Campbell, Tyrone Butler (jsr) (slt). (Entered: 03/02/1995) |
| 03/01/1995 | 228 | ☐ | JURY VERDICT as to Albert Campbell III Guilty: Albert Campbell (1) count(s) 1rs (jsr) (slt). (Entered: 03/02/1995) |
| 03/02/1995 | 231 | ☐ | Court's Instructions to the jury. (jsr) (slt). (Entered: 03/02/1995) |
| 03/03/1995 | 234 | ☐ | ORDER returning some of Govt's exhibits as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 03/03/1995) |
| 03/03/1995 | 235 | ☐ | RECEIPT FOR EXHIBITS by USA as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams (jsr) (slt). (Entered: 03/03/1995) |
| 03/08/1995 | 237 | ☐ | NOTICE OF APPEAL by Albert Campbell, conviction rendered on 3/1/95 and 2/27/95 Order denying suppression motion. Appeal information sheet given to Counsel for appellant (jsr) (slt). (Entered: 03/09/1995) |
| 03/08/1995 | 238 | ☐ | MOTION by Albert Campbell III to Proceed in Forma Pauperis on appeal with brief in support. (jsr) (slt). (Entered: 03/09/1995) |
| 03/08/1995 | 239 | ☐ | MOTION by Albert Campbell III for Appointment of Counsel on appeal with brief in support. (jsr) (slt). (Entered: 03/09/1995) |
| 03/14/1995 | 246 | ☐ | |

| | | | |
|---|---|---|---|
| | | | ORDER as to Albert Campbell III granting [239-1] motion for Appointment of Counsel on appeal as to Albert Campbell (1) ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 03/14/1995) |
| 03/14/1995 | 247 | ☐ | ORDER as to Albert Campbell III granting [238-1] motion to Proceed in Forma Pauperis on appeal as to Albert Campbell (1) ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 03/14/1995) |
| 03/14/1995 | | | Notice of appeal, certified copy of docket, jyverdicts, Redacted Indi and Orders w/R&R, Orders to proceed IFP and appointment of counsel as to Albert Campbell III, Tyrone Butler to USCA: [237-1] appeal, [236-1] appeal (jsr) (Entered: 03/14/1995) |
| 03/14/1995 | 248 | ☐ | MOTION by USA as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams to Dismiss original indi with brief in support. (jsr) (slt). (Entered: 03/15/1995) |
| 03/22/1995 | 250 | ☐ | ORDER as to Defts granting [248-1] motion to Dismiss original indi as to Albert Campbell (1), Marvin Campbell (2), Rodney Walker Lester Harris (4), Tyrone Butler (5), Samantha Williams (6) ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 03/22/1995) |
| 03/22/1995 | | | DISMISSAL of Count(s) on Government Motion as to Albert Campbell III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams Terminated motions: Counts Dismissed: Albert Campbell (1) count(s) 1, Marvin Campbell (2) count(s) 1, 2, Rodney Walker (3) count(s) 1, 3, Lester Harris (4) count(s) 1, 4, Tyrone Butler (5) count(s) 1, Samantha Williams (6) count(s) 1 (jsr) (Entered: 03/22/1995) |
| 04/04/1995 | | | USCA Case Number as to Albert Campbell III, Tyrone Butler Re: [237-1] appeal, [236-1] appeal USCA NUMBER: 95-8250 (jsr) (Entered: 04/04/1995) |
| 04/11/1995 | 252 | ☐ | MOTION by Albert Campbell III for Leave to File objectons to PSI with brief in support. (jsr) (slt). (Entered: 04/11/1995) |
| 04/11/1995 | 253 | ☐ | OBJECTION as to Albert Campbell III to PSI. (jsr) (slt). (Entered: 04/11/1995) |
| 04/11/1995 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [252-1] motion for Leave to File objectons to PSI (jsr) (Entered: 04/11/1995) |
| 04/13/1995 | 254 | ☐ | ORDER as to Albert Campbell III granting [252-1] motion for Leave to File objectons to PSI as to Albert Campbell (1) ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 04/13/1995) |
| 04/17/1995 | 255 | ☐ | |

| | | | |
|---|---|---|---|
| | | | MOTION by Albert Campbell III for leave of absence for Kevin Gough for defendant Albert Campbell III with brief in support. (jsr) (slt). (Entered: 04/17/1995) |
| 04/17/1995 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [255-1] motion for leave of absence for Kevin Gough for defendant Albert Campbell III (jsr) (Entered: 04/17/1995) |
| 04/18/1995 | 256 | ☐ | ORDER granting [255-1] motion for leave of absence for Kevin Gough, atty for defendant Albert Campbell III (1) ( Signed by Magistrate Judge James E. Graham ) (cfr) (slt). (Entered: 04/18/1995) |
| 04/19/1995 | 257 | ☐ | CJA 20 as to Albert Campbell III Authorization to Pay R. Joseph Hammill $ 2,776.91 Voucher # 0631157 ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 04/19/1995) |
| 05/19/1995 | | | Sentencing held Albert Campbell (1) count(s) 1rs; appeal docketing statement furnished; obj. to PSI; BOP 420 mos.; S/R 10 yrs.; any rights to federal benefits are revoked; remanded to USM; Mr. Gough to continue on appeal; court recommends: FCI, Tallahassee, Fla. Court Reporter: Norma Hatfield (bar) (Entered: 05/19/1995) |
| 05/23/1995 | 266 | ☐ | JUDGMENT Albert Campbell (1) count(s) 1rs. $50.00 Special Assessment; 420 months imprisonment; 10 yrs supervised release; deft shall report to U S Prob w/i 72 hrs of release from BOP, shall not possess firearms and shall participart in program of testing and treatment for drug and alcohol abuse; deft shall be ineligible for federal benefits for 5 yrs; remanded to custody of USM; court recommends FCI Tallahassee ( Signed by Judge Anthony A. Alaimo ) (cfr) (slt). (Entered: 05/24/1995) |
| 05/24/1995 | 270 | ☐ | NOTICE OF APPEAL by Albert Campbell (1) count(s) 1rs Appeal information sheet given to Counsel for appellant (cfr) (slt). (Entered: 05/25/1995) |
| 05/25/1995 | | | Notice of appeal, certified copy of docket and judgment as to Albert Campbell III to USCA: [270-1] appeal (cfr) (Entered: 05/25/1995) |
| 06/21/1995 | | | USCA Case Number as to Albert Campbell III, Tyrone Butler Re: [271-1] appeal, [270-1] appeal USCA NUMBER: 95-8250 (jsr) (Entered: 06/21/1995) |
| 07/07/1995 | 273 | ☐ | Appeal Information Sheet as to Albert Campbell III Re: [270-1] appeal, [237-1] appeal (jsr) (slt). (Entered: 07/07/1995) |
| 09/13/1995 | 281 | ☐ | TRANSCRIPT of hearing of pending motions before Judge Graham filed as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams Re: [271-1] appeal, [270-1] appeal, [237-1] appeal, [236-1] appeal for dates of 02/02/95 Volume: 1 |

| | | | |
|---|---|---|---|
| | | | (cfr) (Additional attachment(s) added on 2/12/2014: # 1 pages 51-111) (slt). (Entered: 09/13/1995) |
| 09/13/1995 | 282 | ☐ | TRANSCRIPT of hearing of pending motions before Judge Graham filed as to Albert Campbell III, Marvin Campbell Re: [270-1] appeal, [237-1] appeal for dates of 02/07/95 Volume: 1 (cfr) (Additional attachment(s) added on 2/13/2014: # 1 pages 51-91) (slt). (Entered: 09/13/1995) |
| 09/15/1995 | 283 | ☐ | TRANSCRIPT of trial proceedings filed as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams Re: [271-1] appeal, [270-1] appeal, [237-1] appeal, [236-1] appeal for dates of 02/27/95 Volume: 1 (cfr) Modified on 09/18/1995 (Additional attachment(s) added on 2/12/2014: # 1 pages 51-100, # 2 pages 101-150, # 3 pages 151-200, # 4 pages 201-250, # 5 pages 251-315) (slt). (Entered: 09/18/1995) |
| 09/15/1995 | 284 | ☐ | TRANSCRIPT of trial proceedings filed as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams Re: [271-1] appeal, [270-1] appeal, [237-1] appeal, [236-1] appeal for dates of 02/28/95 Volume: 2 (cfr) (Additional attachment(s) added on 2/11/2014: # 1 pages 1-50, # 2 pages 51-100, # 3 pages 101-150, # 4 pages 151-200, # 5 pages 201-250, # 6 pages 251-300, # 7 pages 301-350, # 8 pages 351-395) (slt). (Entered: 09/18/1995) |
| 09/15/1995 | 285 | ☐ | TRANSCRIPT of trial proceedings filed as to Albert Campbell III, Marvin Campbell, Tyrone Butler, Samantha Williams Re: [271-1] appeal, [270-1] appeal, [237-1] appeal, [236-1] appeal for dates of 02/27/95 Volume: 3 (cfr) (Additional attachment(s) added on 2/11/2014: # 1 pages 51-100, # 2 pages 101-150, # 3 pages 151-165) (slt). (Entered: 09/18/1995) |
| 09/15/1995 | 286 | ☐ | TRANSCRIPT of sentencing filed as to Albert Campbell III Re: [270-1] appeal, [237-1] appeal for dates of 5/19/95 Volume: 1 (cfr) (slt). (Entered: 09/18/1995) |
| 09/18/1995 | | | Certificate of Readiness as to Albert Campbell III, Marvin Campbell, Tyrone Butler Re: [271-1] appeal by Tyrone Butler, [270-1] appeal by Albert Campbell III, [237-1] appeal by Albert Campbell III, [236-1] appeal by Tyrone Butler prepared and mailed to USCA. (cfr) (Entered: 09/18/1995) |
| 09/18/1995 | 287 | ☐ | CJA 24 as to Albert Campbell III Authorization to Pay Norma Hatfield $ 3,267.00 for Transcript ( Signed by Judge Anthony A. Alaimo ) (cfr) (slt). (Entered: 09/19/1995) |
| 09/28/1995 | | | Certificate of Readiness as to Albert Campbell III, Tyrone Butler Re: [271-1] appeal by Tyrone Butler, [270-1] appeal by Albert Campbell III, [237-1] appeal by Albert Campbell III, [236-1] appeal by Tyrone Butler prepared and mailed to USCA. (cfr) (Entered: 09/28/1995) |
| 02/01/1996 | 294 | ☐ | |

| | | | |
|---|---|---|---|
| | | | ORDER to transmit sealed records to USCOA as to Albert Campbell III, Tyrone Butler ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Entered: 02/01/1996) |
| 02/01/1996 | | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Albert Campbell III, Tyrone Butler : [271-1] appeal, [270-1] appeal, [237-1] appeal, [236-1] appeal (jsr) (Entered: 07/31/1996) |
| 09/05/1996 | 295 | ☐ | MOTION by Albert Campbell III to Compel atty Gough to furnish him with legal materials including transcripts (cfr) (slt). (Entered: 09/05/1996) |
| 09/05/1996 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [295-1] motion to Compel atty Gough to furnish him with legal materials including transcripts (cfr) (Entered: 09/05/1996) |
| 09/30/1996 | 296 | ☐ | ORDER as to Albert Campbell III granting [295-1] motion to Compel atty Gough to furnish him with legal materials including transcripts as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). (Entered: 09/30/1996) |
| 11/14/1996 | 297 | ☐ | MOTION by Albert Campbell III for release of Grand Jury transcripts & other discovery with brief in support. (jsr) (slt). (Entered: 11/14/1996) |
| 11/26/1996 | 298 | ☐ | RESPONSE by USA as to Albert Campbell III re [297-1] motion for release of Grand Jury transcripts & other discovery (jsr) (slt). (Entered: 12/02/1996) |
| 12/04/1996 | 299 | ☐ | ORDER granting [297-1] motion for release of Grand Jury transcripts & other discovery as to Albert Campbell (1) ( Signed by Judge Anthony A. Alaimo ) (cfr) (slt). (Entered: 12/04/1996) |
| 12/18/1996 | 300 | ☐ | MOTION by Albert Campbell III to Compel atty Gough to comply with order of 9/30/96 to provide him with copies of legal documents with brief in support. (cfr) (slt). (Entered: 12/18/1996) |
| 12/18/1996 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [300-1] motion to Compel atty Gough to comply with order of 9/30/96 to provide him with copies of legal documents (cfr) (Entered: 12/18/1996) |
| 12/18/1996 | 301 | ☐ | RESPONSE by Kevin Gough to Albert Campbell's [300-1] motion to Compel atty Gough to comply with order of 9/30/96 to provide him with copies of legal documents (cfr) (slt). (Entered: 12/19/1996) |
| 01/02/1997 | 302 | ☐ | ORDER as to Albert Campbell III denying [300-1] motion to Compel atty Gough to comply with order of 9/30/96 to provide him with copies of legal documents as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (slt). |

| | | | |
|---|---|---|---|
| | | | (Additional attachment(s) added on 2/5/2014: # 1 order) (slt). (Entered: 01/02/1997) |
| 04/30/1997 | 313 | ☐ | ORDER from USCOA denying Deft. Albert Campell's motion for rehearing. (jsr) (slt). (Entered: 04/30/1997) |
| 05/07/1997 | 315 | ☐ | MANDATE OF USCA as to Tyrone Butler, Albert Campbell III Re: [271-1] appeal, [270-1] appeal, [237-1] appeal, [236-1] appeal affirming judgment/order Tyrone Butler (5) count(s) 1rs, 3rs, Albert Campbell (1) count(s) 1rs (jsr) (slt). (Entered: 05/07/1997) |
| 05/07/1997 | | | Record on Appeal as to Albert Campbell III, Tyrone Butler returned from U.S. Court of Appeals: [271-1] appeal, [270-1] appeal, [237-1] appeal, [236-1] appeal (jsr) (Entered: 05/07/1997) |
| 05/07/1997 | | | Sealed PSI returned to USP Office as to Deft. Campbell & Butler. (jsr) (Entered: 05/07/1997) |
| 05/12/1997 | 317 | ☐ | ORDER making the jgm of the USCOA the jgm of this Court as to Albert Campbell III, Tyrone Butler ( Signed by Judge Anthony A. Alaimo ) (jsr) (slt). (Additional attachment(s) added on 2/5/2014: # 1 order) (slt). (Entered: 05/13/1997) |
| 07/21/1997 | 320 | ☐ | MOTION by Albert Campbell III to Vacate under 28 U.S.C. 2255 - CV297-130 (cfr) (slt). (Entered: 07/23/1997) |
| 07/24/1997 | 322 | ☐ | ORDER as to Albert Campbell III, directing service of complaint on U. S. Atty by Clerk; response due on 8/23/97 ( Signed by Magistrate Judge James E. Graham ) (cfr) (slt). (Entered: 07/24/1997) |
| 07/29/1997 | 324 | ☐ | MOTION by USA as to Albert Campbell III, Marvin Campbell to Dismiss 2255 motions with brief in support. (jsr) (slt). (Entered: 07/30/1997) |
| 07/29/1997 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III, Marvin Campbell : [321-1] motion to Vacate under 28 U.S.C. 2255, [320-1] motion to Vacate under 28 U.S.C. 2255 (jsr) (Entered: 07/30/1997) |
| 08/06/1997 | 325 | ☐ | RESPONSE by Albert Campbell III, Marvin Campbell to [324-1] motion to Dismiss 2255 motions (slt) (slt). (Entered: 08/06/1997) |
| 08/08/1997 | 327 | ☐ | MOTION by USA as to Albert Campbell III for Disclosure of PSI with brief in support. (jsr) (slt). (Entered: 08/11/1997) |
| 08/08/1997 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III: [327-1] motion for Disclosure of PSI (jsr) (Entered: 08/11/1997) |
| 08/11/1997 | 328 | ☐ | ORDER as to Albert Campbell III, Marvin Campbell denying Govt's [324-1] motion to Dismiss 2255 motions (Signed by Judge Anthony A. Alaimo ) (cfr) (slt). (Entered: 08/11/1997) |
| 08/12/1997 | 329 | ☐ | |

| | | | |
|---|---|---|---|
| | | | ORDER as to Albert Campbell III granting [327-1] Govt's motion for Disclosure of PSI as to Albert Campbell (1) ( Signed by Magistrate Judge James E. Graham ) (jsr) (ca). (Entered: 08/12/1997) |
| 08/15/1997 | 331 | ☐ | MOTION by Albert Campbell III, Marvin Campbell to Continue time to reply to 2255 motions with brief in support. (jsr) (slt). (Entered: 08/15/1997) |
| 08/15/1997 | | | Motion(s) referred to Magistrate Judge James E. Graham as to Albert Campbell III, Marvin Campbell : [331-1] motion to Continue time to reply to 2255 motions (jsr) (Entered: 08/15/1997) |
| 08/18/1997 | 332 | ☐ | ORDER as to Albert Campbell III, Marvin Campbell granting [331-1] motion to Continue time to reply to 2255 motions and Response to Motion reset to 9/17/97 for [321-1] motion to Vacate under 28 U.S.C. 2255, reset to 9/17/97 for [320-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Magistrate Judge James E. Graham ) (slt) (slt). (Entered: 08/18/1997) |
| 08/28/1997 | | | Notice to attys to claim exhibits (cfr) (Entered: 08/28/1997) |
| 09/12/1997 | 333 | ☐ | RECEIPT by USA for exhibits (cfr) (slt). (Entered: 09/12/1997) |
| 09/17/1997 | 334 | ☐ | RESPONSE by USA as to Albert Campbell III, Marvin Campbell re [321-1] motion to Vacate under 28 U.S.C. 2255, [320-1] motion to Vacate under 28 U.S.C. 2255 (jsr) (slt). (Entered: 09/18/1997) |
| 10/20/1997 | 346 | ☐ | MOTION by Albert Campbell III to Extend Time to file traverse to 2255 motion with brief in support. (slt) (slt). (Entered: 10/20/1997) |
| 10/22/1997 | 347 | ☐ | ORDER as to Marvin Campbell granting [346-1] motion to Extend Time to file traverse to 2255 motion as to Albert Campbell (1); deft has until 11/3/97 to file reply to USA's response. ( Signed by Magistrate Judge James E. Graham ) (slt) (slt). Modified on 2/11/2014 (slt). (Entered: 10/22/1997) |
| 11/03/1997 | 349 | ☐ | REPLY by Albert Campbell III to response to [320-1] motion to Vacate under 28 U.S.C. 2255 (jsr) (slt). (Entered: 11/03/1997) |
| 12/17/1997 | 356 | ☐ | CJA 20 as to Albert Campbell III: Appointment of Attorney Carter Andrew Setliff Voucher # 0559569 ( Signed by Magistrate Judge James E. Graham )(filed 12/15/97) (cfr) Modified on 12/22/1997 (slt). (Entered: 12/22/1997) |
| 01/15/1998 | 359 | ☐ | ORDER (WRIT) to produce pet for evid. hrg on 3/20/98, at 9:00 a.m., Brwk, GA. as to Albert Campbell III ( Signed by Magistrate Judge James E. Graham ) (lgl) (Additional attachment(s) added on 1/28/2014: # 1 order) (slt). (Entered: 01/15/1998) |
| 03/20/1998 | | | Evidentiary Hearing on 2255 motions as to Albert Campbell III, Marvin Campbell held; witnesses sworn, rule invoked, Court will |

| | | | |
|---|---|---|---|
| | | | allow Marvin Campbell time to submit 2 letters/notes re: waiver of appeal. (jsr) (Entered: 03/20/1998) |
| 03/20/1998 | 363 | ☐ | Exhibit list by Albert Campbell III, Marvin Campbell with exhibits. (jsr) (Additional attachment(s) added on 1/28/2014: # 1 exhibits) (slt). (Entered: 03/20/1998) |
| 07/14/1998 | 365 | ☐ | REPORT AND RECOMMENDATIONS of Magistrate Judge James E. Graham as to Albert Campbell III Re: [321-1] motion to Vacate under 28 U.S.C. 2255, recommending that said motion be denied; Motion no longer referred (cfr) (Entered: 07/14/1998) |
| 07/14/1998 | 366 | ☐ | ORDER as to Albert Campbell III Objections reset to 8/3/98 for Albert Campbell III for [365-1] report and recommendations ( Signed by Magistrate Judge James E. Graham ) (cfr) (Entered: 07/14/1998) |
| 07/30/1998 | 369 | ☐ | MOTION by Albert Campbell III to Extend Time to respond to R & R with brief in support. (slt) (Entered: 07/30/1998) |
| 08/03/1998 | 370 | ☐ | MOTION by Albert Campbell III to Extend Time to file objection with brief in support. (slt) (Entered: 08/03/1998) |
| 08/04/1998 | 371 | ☐ | ORDER as to Albert Campbell III granting [369-1] motion to Extend Time to respond to R & R as to Albert Campbell (1) Objections reset to 8/14/98 for Albert Campbell III for [365-1] report and recommendations ( Signed by Magistrate Judge James E. Graham ) (slt) (Entered: 08/04/1998) |
| 08/05/1998 | 374 | ☐ | RESPONSE by USA as to Albert Campbell III re: motion to extend time. (slt) (Entered: 08/05/1998) |
| 08/19/1998 | 376 | ☐ | OBJECTION by Albert Campbell III, Marvin Campbell to [367-1] report and recommendations, [365-1] report and recommendations (cfr) (Entered: 08/19/1998) |
| 08/31/1998 | 380 | ☐ | ORDER as to Albert Campbell III denying [320-1] motion to Vacate under 28 U.S.C. 2255 as to Albert Campbell (1); [370-1] motion terminated as moot ( Signed by Judge Anthony A. Alaimo ) (cfr) (Entered: 09/01/1998) |
| 09/01/1998 | 381 | ☐ | JUDGMENT on 2255 motion entered against Albert Campbell III (cfr) (Entered: 09/01/1998) |
| 09/21/1998 | 382 | ☐ | MOTION by Albert Campbell III to Amend [320-1] motion to Vacate under 28 U.S.C. 2255 by Albert Campbell III with brief in support. (slt) (Entered: 09/21/1998) |
| 09/21/1998 | | | TRANSCRIPT filed in case as to Albert Campbell III, Marvin Campbell for dates of 03/20/98 re: Evidentiary Hearing regarding 28 USC 2255, before Magistrate Judge Graham, 1 volume; original filed in CV297-130. (ddc) (Entered: 09/21/1998) |
| 09/22/1998 | 386 | ☐ | MEMORANDUM FOR CERTIFICATION OF CJA VOUCHER OF APPOINTED ATTORNEY FOR EXCESS PAYMENT as to |

| | | | |
|---|---|---|---|
| | | | Albert Campbell III; voucher should be paid as requested; case is extended and complex; 10% reduction does not apply. ( Signed by Judge Anthony A. Alaimo ) (slt) (Entered: 09/23/1998) |
| 09/22/1998 | 387 | ☐ | ORDER as to Albert Campbell III; classifying case as complex and extended; approving payment of $2,325.55 to CJA appointed attorney Steliff. ( Signed by Judge Anthony A. Alaimo ) (slt) (Entered: 09/23/1998) |
| 09/22/1998 | 388 | ☐ | CJA 20 as to Albert Campbell III Authorization to Pay Carter A. Setliff $ 2,325.55 Voucher # 0559569 ( Signed by Judge Anthony A. Alaimo ) (slt) (Entered: 09/23/1998) |
| 09/23/1998 | 389 | ☐ | RESPONSE by USA as to Albert Campbell III, Marvin Campbell re [382-1] motion to Amend [320-1] motion to Vacate under 28 U.S.C. 2255 by Albert Campbell III (slt) (Entered: 09/23/1998) |
| 09/23/1998 | 390 | ☐ | APPEAL INFORMATION SHEET by Albert Campbell III no transcript required for appeal of order denying 2255 motion. (Filed 9/21/98.) (slt) (slt). (Entered: 09/25/1998) |
| 09/30/1998 | 392 | ☐ | ORDER as to Albert Campbell III denying [382-1] motion to Amend [320-1] motion to Vacate under 28 U.S.C. 2255 by Albert Campbell III(1) ( Signed by Magistrate Judge James E. Graham ) (slt) (Entered: 09/30/1998) |
| 10/23/1998 | 393 | ☐ | MOTION by Albert Campbell III for certificate of appealability with brief in support. (slt) (slt). (Entered: 10/23/1998) |
| 10/23/1998 | 393 | ☐ | NOTICE OF APPEAL by Appeal information sheet given to Counsel for appellant (motion for COA treated as NOA) (jsr) (Entered: 05/20/1999) |
| 11/05/1998 | 394 | ☐ | ORDER as to Albert Campbell III denying [393-1] motion for certificate of appealability and IFPII (1) ( Signed by Judge Anthony A. Alaimo ) (ddc) (Entered: 11/05/1998) |
| 12/29/1998 | 395 | ☐ | Appeal Information Sheet as to Albert Campbell III Re: [379-1] appeal (ddc) (Entered: 12/29/1998) |
| 01/04/1999 | | | Certificate of Readiness as to Albert Campbell III Re: [270-1] appeal by Albert Campbell III prepared and mailed to USCA. (ddc) (Entered: 01/04/1999) |
| 02/05/1999 | | | Record pertaining to 2255 Petition and portion of criminal record as to Albert Campbell III sent to USCOA for ruling on motion per request of Dwight Briggs. (ddc) (Entered: 02/05/1999) |
| 05/20/1999 | | | Record on Appeal as to Albert Campbell III returned from U.S. Court of Appeals: [393-1] appeal (jsr) (Entered: 05/20/1999) |
| 05/20/1999 | 396 | | MANDATE OF USCA as to Albert Campbell III denying certificate of appealability, issued in lieu of mandate, Re: [393-1] appeal (jsr) (Entered: 05/20/1999) |
| | | | |

| 08/25/1999 | 397 | ☐ | ORDER by USCOA denying appellant's motion for certificate of appealability as to Albert Campbell III (USCOA) (slt) (Entered: 08/25/1999) |
| 01/10/2005 | | | Record transferred to the FRC. Group #021, Accession # 05-0102, Box # 1 and 2 of 2, Location # 5-001-12-0-3 (slt) Modified on 1/12/2006 (slt). (Entered: 01/10/2005) |
| 04/13/2007 | 415 | ☐ | MOTION for Reconsideration re 381 2255 judgment and 380 Order by Albert Campbell, III. Responses due by 4/30/2007 (slt) (Entered: 04/13/2007) |
| 04/20/2007 | 416 | ☐ | RESPONSE to Motion by United States of America as to Albert Campbell, III re 415 MOTION for Reconsideration re 381 filed by Albert Campbell, III, 380 Order (slt) (Entered: 04/23/2007) |
| 04/20/2007 | | | Attorney update in case as to Albert Campbell, III. Attorney Amy Lee Copeland for United States of America added. (slt) (Entered: 06/12/2007) |
| 04/30/2007 | 417 | ☐ | REPLY TO RESPONSE to Motion by Albert Campbell, III re 415 MOTION for Reconsideration re 381 motion filed by Albert Campbell, III, 380 Order (slt) (Entered: 04/30/2007) |
| 04/30/2007 | 418 | ☐ | ORDER denying 415 Motion for Reconsideration re 380 Order as to Albert Campbell III (1). Signed by Judge Anthony A. Alaimo on 4/30/07. (jsr) (Entered: 04/30/2007) |
| 06/08/2007 | 422 | ☐ | NOTICE OF APPEAL by Albert Campbell, III re 418 Order on Motion for Reconsideration (slt) (Entered: 06/08/2007) |
| 06/08/2007 | 423 | ☐ | MOTION for Leave to Appeal In Forma Pauperis by Albert Campbell, III. (slt) (Entered: 06/08/2007) |
| 06/13/2007 | 424 | ☐ | ORDER denying 423 Motion for Leave to Appeal In Forma Pauperis as to Albert Campbell III (1). Signed by Judge Anthony A. Alaimo on 6/13/07. (slt) (Entered: 06/13/2007) |
| 06/14/2007 | 425 | ☐ | TRANSCRIPT REQUEST by Albert Campbell, III re 422 Notice of Appeal; no transcript required. (slt) (Entered: 06/20/2007) |
| 07/17/2007 | 426 | ☐ | Certificate of Appealability Denied as to Albert Campbell, III re 422 Notice of Appeal. Signed by Judge Anthony A. Alaimo on 7/17/07. (slt) (Entered: 07/17/2007) |
| 09/28/2007 | 427 | ☐ | ORDER of USCA (certified copy) as to Albert Campbell, III re 422 Notice of Appeal; denying as unnecessary motion for certificate of appealability; denying motion for leave to proceed IFP; denying motion for certificate of appealability; denying as moot motion for leave to proceed IFP. (slt) (Entered: 09/28/2007) |
| 10/31/2007 | 428 | ☐ | MANDATE of USCA dismissing appeal due to appellant failure to pay $455 filing fee(certified copy) as to Albert Campbell, III re 285 Transcript - Appeal, 422 Notice of Appeal - Final Judgment, |

| | | | 425 Transcript Request - Appeal, 427 USCA Order, (CA) (Entered: 11/01/2007) |
|---|---|---|---|
| 11/02/2007 | 429 | ☐ | ORDER making the order of the United States Court of Appeals for the Eleventh Circuit an order of this Court as to Albert Campbell, III. Signed by Judge Anthony A. Alaimo on 11/2/2007. (CA) (Entered: 11/02/2007) |
| 11/19/2007 | | | Returned mail insufficient address as to David R. Osborne. (ca) (Entered: 11/19/2007) |
| 03/03/2008 | 430 | ☐ | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Albert Campbell, III. (Attachments: Envelope)(ca) (Entered: 03/03/2008) |
| 03/12/2008 | 432 | ☐ | ORDER denying 430 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Albert Campbell III (1). Signed by Judge Anthony A. Alaimo on 3/12/2008. (jsr) (Entered: 03/12/2008) |
| 03/12/2008 | 434 | ☐ | MOTION to Appoint Counsel, MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Albert Campbell, III. Responses due by 3/31/2008 (csr) (Additional attachment(s) added on 4/16/2012: # 1 Envelope) (ca). (Entered: 03/12/2008) |
| 03/21/2008 | 436 | ☐ | MOTION for Reconsideration re 432 Order on Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 by Albert Campbell, III. Responses due by 4/7/2008 (slt) (Entered: 03/21/2008) |
| 03/21/2008 | 437 | ☐ | DEFICIENCY NOTICE as to Albert Campbell, III; no certificate of service on motion 436. (slt) (Entered: 03/21/2008) |
| 03/21/2008 | | | Set/Reset Deadlines as to Albert Campbell, III: Notice of Compliance as to deficiency notice due by 4/4/2008. (slt) (Entered: 03/21/2008) |
| 03/24/2008 | | | Received a duplicate motion for reconsideration as to Albert Campbell, III; placed in chron box. (slt) (Entered: 03/24/2008) |
| 04/02/2008 | 440 | ☐ | RESPONSE in Opposition by United States of America as to Albert Campbell, III re 436 MOTION for Reconsideration re 432 Order on Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 (Stewart, David) (Entered: 04/02/2008) |
| 04/04/2008 | 441 | ☐ | Certificate of Service by Albert Campbell, III re 436 MOTION for Reconsideration re 432 Order on Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 (csr) (Entered: 04/04/2008) |
| 04/04/2008 | | | Terminate Deadlines and Hearings as to Albert Campbell, III: (csr) (Entered: 04/04/2008) |
| 04/04/2008 | 442 | ☐ | Letter by Albert Deon Campbell, II (csr) (Entered: 04/04/2008) |
| 04/04/2008 | 449 | ☐ | |

| | | | |
|---|---|---|---|
| | | | ORDER denying 436 Motion for Reconsideration as to Albert Campbell III (1). Signed by Judge Anthony A. Alaimo on 4/4/2008. (csr) (Entered: 04/04/2008) |
| 04/11/2008 | 450 | ☐ | NOTICE OF APPEAL by Albert Campbell, III re 449 Order on Motion for Reconsideration. (csr) (Entered: 04/11/2008) |
| 04/11/2008 | | | Transmission of Notice of Appeal and Docket Sheet as to Albert Campbell, III to US Court of Appeals re 450 Notice of Appeal (csr) Text Modified on 4/11/2008 (csr). (Entered: 04/11/2008) |
| 04/17/2008 | 454 | ☐ | USCA Case Number as to Albert Campbell, III 08-11804A for 450 Notice of Appeal filed by Albert Campbell, III. (csr) (Entered: 04/17/2008) |
| 05/12/2008 | 461 | ☐ | MOTION for Leave to Appeal In Forma Pauperis by Albert Campbell, III. (slt) (Entered: 05/12/2008) |
| 05/30/2008 | 463 | ☐ | ORDER denying 461 Motion for Leave to Appeal In Forma Pauperis as to Albert Campbell III (1). Signed by Judge Anthony A. Alaimo on 5/30/2008. (csr) (Entered: 05/30/2008) |
| 05/30/2008 | 464 | ☐ | Appeal Remark: Order Denying Leave to Appeal IFP sent to U.S. Court of Appeals as to Albert Campbell, III (csr) (Entered: 05/30/2008) |
| 06/09/2008 | 465 | ☐ | Appeal Remark instructing Albert Campbell, III to pay appeal filing fee within thirty days from the date of notice. (csr) (Entered: 06/09/2008) |
| 07/01/2008 | 467 | ☐ | USCOA Notice as to Albert Campbell, III; returning record materials to USDC. (slt) (Entered: 07/01/2008) |
| 07/11/2008 | 468 | ☐ | Notice from USCOA re: payment of filing fee ($455) as to Albert Campbell, III (ca) (Entered: 07/11/2008) |
| 07/31/2008 | 470 | ☐ | ORDER of USCA (certified copy)DISMISSING Case as to 450 Notice of Appeal - Final Judgment for want of prosecution because Appellant has failed to pay $455.00 filing fee as to Albert Campbell, III (csr) (Entered: 07/31/2008) |
| 08/05/2008 | 472 | ☐ | ORDER as to Albert Campbell, III making the order of USCOA the order of this Court. Signed by Judge Anthony A. Alaimo on 8/5/08. (slt) (Entered: 08/05/2008) |
| 02/14/2011 | | | Set/Reset Deadlines as to Albert Campbell, III: mailed notice to C. Setliff re: retriving exhibits. Notice of Compliance due by 2/28/2011. (slt) (Entered: 02/14/2011) |
| 03/11/2011 | 484 | ☐ | ORDER approving destruction of defendant's trial exhibits as to Albert Campbell, III. Signed by Chief Judge Lisa G. Wood on 3/11/11. (slt) (Entered: 03/11/2011) |
| 08/25/2011 | 485 | ☐ | |

| | | | |
|---|---|---|---|
| | | | ORDER as to Albert Campbell, III, Marvin Campbell reassinging case to Chief Judge Wood. Signed by Chief Judge Lisa G. Wood on 8/25/11. (slt) (Entered: 08/25/2011) |
| 08/25/2011 | | | Judge update in case as to Albert Campbell, III, Marvin Campbell. Chief Judge Lisa G. Wood and Magistrate Judge James E. Graham added. Judge Anthony A. Alaimo no longer assigned to case. (slt) (Entered: 08/25/2011) |
| 11/09/2011 | | | Attorney update in case as to Albert Campbell, III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams. (slt) (Entered: 11/09/2011) |
| 12/12/2011 | 488 | ☐ | ORDER denying reduction of term of imprisonment under 18 USC 3582 as to Albert Campbell, III. Signed by Chief Judge Lisa G. Wood on 12/12/11. (slt) (Additional attachment(s) added on 12/13/2011: # 1 statement of reasons) (slt). (Entered: 12/13/2011) |
| 12/13/2011 | 489 | ☐ | MOTION to Modify and Reduce Sentence by Kevin Gough as to Albert Campbell, III. Responses due by 12/27/2011 (Gough, Kevin) (Entered: 12/13/2011) |
| 12/16/2011 | 490 | ☐ | MOTION for Reconsideration by Kevin Gough as to Albert Campbell, III. Responses due by 12/30/2011 (Gough, Kevin) (Entered: 12/16/2011) |
| 07/17/2012 | 491 | ☐ | ORDER denying 489 Motion to Modify and Reduce Sentence and denying 490 Motion for Reconsideration as to Albert Campbell III (1). Signed by Chief Judge Lisa G. Wood on 7/17/2012. (csr) (Entered: 07/17/2012) |
| 08/03/2012 | 492 | ☐ | NOTICE OF APPEAL-OTHER ORDER by Albert Campbell, III re: 491 Order on Motion for Reconsideration. (Attachments: # 1 envelope)(slt) (Entered: 08/03/2012) |
| 08/03/2012 | 493 | ☐ | Transmission of Notice of Appeal and Docket Sheet as to Albert Campbell, III to U.S. Court of Appeals re: 492 Notice of Appeal-Other Order. (slt) (Entered: 08/03/2012) |
| 08/08/2012 | 494 | ☐ | USCA Case Number as to Albert Campbell, III 12-14098-C for 492 Notice of Appeal-Other Order. Notice from USCOA to appellant re: filing fee. (slt) (Entered: 08/08/2012) |
| 09/19/2012 | 495 | ☐ | ORDER of USCA as to Albert Campbell, III re 492 Notice of Appeal-Other Order. Appeal is dismissed for failure to pay filing fee. (slt) (Entered: 09/19/2012) |
| 09/20/2012 | 496 | ☐ | ORDER as to Albert Campbell, III making the USCA Order of Dismissal the order of this court. Signed by Chief Judge Lisa G. Wood on 9/20/12. (slt) (Entered: 09/20/2012) |
| 07/18/2013 | 497 | ☐ | Letter from Albert Campbell requesting copies. (Attachments: # 1 response) (slt) (Entered: 07/19/2013) |
| 10/04/2013 | 499 | ☐ | |

| | | | |
|---|---|---|---|
| | | | ORDER REASSIGNING CASE as to Albert Campbell, III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams. Case is now reassigned in its entirety to Judge Lisa Godbey Wood. Signed by Chief Judge Lisa G. Wood on 10/4/13. (en) (Entered: 10/04/2013) |
| 10/04/2013 | | | Case as to Albert Campbell, III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams Assigned to Chief Judge Lisa G. Wood. Judge Anthony A. Alaimo no longer assigned to the case. (en) (Entered: 10/04/2013) |
| 12/29/2014 | 504 | ☐ | MOTION to Reduce Sentence - USSC Amendment by Albert Campbell, III. (Attachments: # 1 envelope)(slt) (Entered: 12/29/2014) |
| 02/27/2015 | 505 | ☐ | ORDER denying 504 Motion to Reduce Sentence - USSC Amendment for 1 as to Albert Campbell III (1). Signed by Chief Judge Lisa G. Wood on 2/27/15. (slt) (Additional attachment(s) added on 2/27/2015: # 1 Supplement) (slt). (Entered: 02/27/2015) |
| 04/27/2015 | 506 | ☐ | MOTION for Reconsideration re 505 Order on Motion to Reduce Sentence - USSC Amendment by Albert Campbell, III. Responses due by 5/14/2015. (Attachments: # 1 Exhibit, # 2 Envelope)(slt) (Entered: 04/27/2015) |
| 04/27/2015 | 507 | ☐ | MOTION for Leave to Appear Pro Hac Vice *on a Limited Basis by Ann W. Ferebee, Esq. on behalf of Albert Campbell III* Receipt Number 113J-1775746, Fee Amount $200,. Responses due by 5/14/2015. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Kotun, Melissa) (Entered: 04/27/2015) |
| 04/27/2015 | | | Case as to Albert Campbell, III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams reassigned to Magistrate Judge R. Stan Baker pursuant to the standing order in MC215-3. Magistrate Judge James E. Graham no longer assigned to the case. (slt) (Entered: 04/27/2015) |
| 05/08/2015 | 508 | | TEXT ORDER granting 507 MOTION for Leave to Appear pro hac vice by Ann W. Ferebee. Melissa Kotun has entered an appearance in this case and vouches that she will satisfy the obligations of local counsel as required by this Court's Local Rule 83.4. Signed by Magistrate Judge R. Stan Baker on May 8, 2015. (Entered: 05/08/2015) |
| 05/13/2015 | 509 | ☐ | ORDER denying 506 Motion for Reconsideration as to Albert Campbell III (1). Signed by Chief Judge Lisa G. Wood on 5/13/15. (slt) (Entered: 05/14/2015) |
| 05/15/2015 | 510 | ☐ | Limited NOTICE OF ATTORNEY APPEARANCE: appearing for Albert Campbell, III (Ferebee, Ann) Modified on 5/15/2015 (ca). (Entered: 05/15/2015) |
| 11/04/2016 | 511 | ☐ | |

| | | | |
|---|---|---|---|
| | | | EXECUTIVE GRANT OF CLEMENCY as to Albert Campbell, III. Commutes the total sentence of imprisonment defendant is now serving to expire on March 4, 2017, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. Signed by President Barak Obama on 11/4/16. (slt) (Entered: 11/04/2016) |
| 02/02/2017 | | | Terminate Deadlines and Hearings as to Albert Campbell, III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams: deadline expired. (ca) (Entered: 02/02/2017) |
| 02/06/2017 | | | Terminate ddls / hrgs: deadline expired. (csr) (Entered: 02/06/2017) |
| 02/06/2017 | | | Terminate ddls / hrgs: deadline expired. (csr) (Entered: 02/06/2017) |
| 08/10/2018 | 516 | ☐ | MOTION for Permission to participate in Annual all Men Self-Improvemnet Retreat by Albert Campbell, III. Responses due by 8/24/2018. (Attachments: # 1 Envelope)(ca) (Entered: 08/10/2018) |
| 08/21/2018 | 517 | ☐ | ORDER granting 516 Motion for Permission to participate in Annual all Men Self-Improvemnet Retreat as to Albert Campbell III (1). Signed by Judge Lisa G. Wood on 8/21/2018. (ca) (Entered: 08/21/2018) |
| 04/22/2019 | | | Case as to Albert Campbell, III, Marvin Campbell, Rodney Walker, Lester Harris, Tyrone Butler, Samantha Williams Reassigned to Magistrate Judge Benjamin W. Cheesbro pursuant to standing Order in 1:18-mc-12. Magistrate Judge R. Stan Baker-MJ no longer assigned to the case. (ca) (Entered: 04/22/2019) |
| 04/22/2019 | 519 | ☐ | MOTION for Early Termination of Probation by Albert Campbell, III. Responses due by 5/6/2019. (Attachments: # 1 Exhibit, # 2 Envelope)(ca) (Entered: 04/22/2019) |
| 05/06/2019 | 520 | ☐ | RESPONSE in Opposition by United States of America as to Albert Campbell, III re 519 MOTION for Early Termination of Probation (Knoche, Karl) (Entered: 05/06/2019) |
| 05/20/2019 | 521 | ☐ | ORDER denying 519 Motion for Early Termination of Probation as to Albert Campbell III (1). Signed by Judge Lisa G. Wood on 5/20/2019. (ca) (Entered: 05/21/2019) |
| 08/27/2019 | 522 | ☐ | MOTION for Permission to participate in Annual all Men Self-Improvement Retreat as to Albert Campbell, III. Responses due by 9/10/2019. (Attachments: # 1 Envelope)(ca) (Entered: 08/27/2019) |
| 09/24/2019 | 524 | ☐ | ORDER granting 522 Motion for Permission to participate in Annual all Men Self-Improvement Retreat as to Albert Campbell III (1). Signed by Judge Lisa G. Wood on 9/24/2019. (ca) (Entered: 09/24/2019) |
| | | | |

| 01/28/2020 | <u>526</u> | ☐ | TRANSFER OF JURISDICTION for Supervision of Releasee Transferred to U.S.D.C. Southern District of Florida as to Albert Campbell, III Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ca) (Entered: 01/28/2020) |

View Selected

or

Download Selected

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR **CR294- 53** |
| v. | ) |
| | ) VIO: 21 U.S.C. § 846 |
| ALBERT CAMPBELL, III, aka | ) Conspiracy to Possess |
| "SONNY" | ) With Intent to |
| MARVIN CAMPBELL, aka "SWEET" | ) Distribute Cocaine and |
| RODNEY WALKER, aka "L.A. LAW" | ) Cocaine Base |
| LESTER HARRIS, aka "DUKE" | ) |
| TYRONE BUTLER and | ) 18 U.S.C. § 1952(a)(3) |
| SAMANTHA WILLIAMS | ) Travel Act |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession With Intent |
| | ) to Distribute and |
| | ) Distribution of Cocaine |
| | ) Base |
| | ) |
| | ) 21 U.S.C. § 853 |
| | ) Forfeiture |

ATTEST:
A TRUE COPY CERTIFIED
Scott L. Poff, Clerk
United States District Court

*By casbell at 12:11 pm, Jan 28, 2020*

COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Beginning on or about April 1990, and continuing

thereafter until on or about April 1993, with the exact beginning

and ending dates being unknown to the Grand Jury, in Glynn County

in the Southern District of Georgia, and in Miami in the Southern

District of Florida, and elsewhere, the defendants herein:

**ALBERT CAMPBELL, III, aka "SONNY"
MARVIN CAMPBELL, aka "SWEET"
RODNEY WALKER, aka "L.A. LAW"
LESTER HARRIS, aka "DUKE"
TYRONE BUTLER and
SAMANTHA WILLIAMS**

aided and abetted by each other and others, did unlawfully,

knowingly and intentionally combine, conspire, confederate and

agree together and with other persons known and unknown to the
grand jury, including William Noble and Efram Howell, to commit
certain offenses against the United States, to-wit:  to possess
with intent to distribute and distribute multi-kilogram
quantities of cocaine and cocaine base, i.e. "crack,"  Schedule
II narcotic controlled substances, in violation of Title 21,
United States Code, Section 841(a)(1), all done in violation of
Title 21, United States Code, Section 846.

<u>COUNT TWO</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the 12th day of July 1990, the defendant
herein:

**MARVIN CAMPBELL, a.k.a. "Sweet"**

did willfully and intentionally travel in interstate commerce
from Glynn County in the Southern District of Georgia, to Volusia
County in the State of Florida, with intent to promote, carry on
and facilitate unlawful activity, that is conspiracy to
distribute and distribution of cocaine base, "crack", a Schedule
II narcotic controlled substance, in violation of Title 21,
United States Code, Sections 846 and 841(a)(1), and did travel in
an attempt to thereafter distribute approximately $8,600 in
proceeds from the sale of said controlled substances, to promote,
carry on and facilitate the aforesaid controlled substance
violation, all done in violation of Title 18, United States Code,
Section 1952(a)(3).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the 3rd day of January 1991, in Glynn County in the Southern District of Georgia, the defendant herein:

**RODNEY WALKER, a.k.a. "L.A. LAW"**

aided and abetted by others, did unlawfully, knowingly and willfully possess with intent to distribute and distribute a quantity of cocaine base, i.e. "crack," a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the 15th day of January 1991, in Glynn County in the Southern District of Georgia, the defendant herein:

**LESTER HARRIS, aka "DUKE"**

aided and abetted by others, did unlawfully, knowingly and willfully possess with intent to distribute and distribute a quantity of cocaine base, i.e. "crack," a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the 25th day of March 1993, in Glynn County in the Southern District of Georgia, the defendant herein:

3

TYRONE BUTLER

aided and abetted by others, did unlawfully, knowingly and
willfully possess with intent to distribute and distribute a
quantity of cocaine base, i.e. "crack," a Schedule II narcotic
controlled substance, in violation of Title 21, United States
Code, Section 841(a)(1) and Title 18, United States Code,
Section 2.

## COUNT SIX

### FORFEITURE

**THE GRAND JURY FURTHER CHARGES:**

For their engagement in the aforesaid violations, the
defendants herein:

> **ALBERT CAMPBELL, III, aka "SONNY"**
> **MARVIN CAMPBELL, aka "SWEET"**
> **RODNEY WALKER, aka "L.A. LAW"**
> **LESTER HARRIS, aka "DUKE"**
> **TYRONE BUTLER and**
> **SAMANTHA WILLIAMS**

shall forfeit to the United States any and all property
constituting or derived from any proceeds obtained directly or
indirectly as a result of the violations charged in Counts One,
Three, Four and Five of this indictment, and any and all real and
personal property used or intended to be used to commit or to
facilitate the commission of the violations alleged in Counts
One, Three, Four and Five of this indictment.

By virtue of the commission of one or more of the
felony offenses charged in counts One, Three, Four and Five of
this indictment by the defendants, any and all interest the
defendants have in the property subject to the forfeiture

4

penalty, is vested in the United States and is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

A True Bill.

_____

Foreperson

_____
HARRY D. DIXON, JR.
UNITED STATES ATTORNEY

_____
Carlton R. Bourne, Jr.
Assistant United States Attorney

5

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____ , 19 _____

_____

*Foreman*

# PLEA

The defendant, _____ , waives arraignment and pleads _____

in open Court, this _____ day of _____ , 19 _____

_____

*Counsel for Defendant*

No. CR294-53

United States District Court
Southern District of Georgia

Brunswick _____ Division

UNITED STATES
vs.
ALBERT CAMPBELL, III,
aka "SONNY"

## INDICTMENT

FOR

21 U.S.C. Sec. 846
21 U.S.C. Sec. 841(a)(1)
18 U.S.C. Sec. 1952(a)(3)
21 U.S.C. Sec. 853

Filed in open Court this 31 st.
of *August* day
19 94

_____
*Deputy Clerk.*

HARRY D. DIXON, JR.

*United States Attorney.*

USA-46-21-3

# PLEA

The defendant(s) _____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel,

and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads _____

_____

In open court this _____ day of _____ , 19 _____

_____

_____

_____

_____

Witness: _____

_____
*Clerk, United States Court*

Case 2:94-cr-00053-LGW-BWC   Document 266   Filed 05/29...

AO 245S (Rev 4/90) Sheet 1   Judgment in a Criminal Case

# United States District Court

SOUTHERN DISTRICT OF GEORGIA

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:   CR 294-00053-001

UNITED STAT... ...F AMERICA

ATTEST:
A TRUE COPY CERTIFIED
Scott L. Poff, Clerk
United States District Court

By casbell at 12:10 pm, Jan 28, 2020

Kevin Gough
Defendant's Attorney

...bell
Albert Defendant)
(Na...

...pleaded guilty to count(s) _____ after a plea of not guilty to the following

...FENDANT:   was found guilty on count  one

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following

offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base | September 8, 1994 | one |

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

[ ]   Count(s) _____ (is)(are) dismissed on the motion of the United States.

[X]   It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count(s)  one , which shall be due [X] immediately [ ] as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  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

Defendant's Date of Birth:  January 9, 1964

Defendant's Mailing Address:

315 Northwest 201 Street
Miami, Florida

Defendant's Residence Address:

315 Northwest 201 Street
Miami, Florida

May 19, 1995
Date of Imposition of...

Signature of Judi...

Judge, U.S....
Name & Ti...

Date



Case 2:94-cr-00053-LGW-BWC   Document 266   Filed 05/23/94   Page 2 of 3

Judgment-Page 2 of 3

AO 245S (Rev 4/90) Sheet 2 - Imprisonment

## IMPRISONMENT

Defendant: Albert Campbell
Case Number: Cr 00053-001

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: 420 m___

The court makes the following recommendations to the Bureau of Prisons:

Tallahassee, Florida

The defendant is remanded to the custody of the United States Marshal.
The defendant shall surrender to the United States Marshal for this district,

[ ] at ____ a.m./p.m. on ____
[ ] as notified by the United States Marshal.
The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
[ ] before 2:00 p.m. on ____
[ ] as notified by the United States Marshal.
[ ] as notified by the probation office.

[ ]

## RETURN

I have executed this judgment as follows:

____ to ____, with a certified c____

Defendant delivered on ____

Un____

By ____

Case 2:94-cr-0005²-LGW-BWC   Document 260   Filed 05/29/... ... of 5

Judgment-Page...

AO 245S (Rev 4/90) Sheet 3 - Supervised Release

Defendant:   Albert Carr-001
Case Number:   CR 294

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

__ten years__

Upon release..... vised release, the defendant shall not commit another federal, state, or local crime and shall no..... ess a controlled substance. The defendant shall comply with the standard conditions that have ..... by this court (set forth below). If this judgment imposes a restitution obligation, it shall be ... ..... supervised release that the defendant pay any such restitution that remains unpaid at the ..... of the term of supervised release. The defendant shall comply with the following additional ...

..... refendant shall report in person to the probation office in the district to which the defendant i..... ..... sed within 72 hours of release from the custody of the Bureau of Prisons.

..... defendant shall pay any fines that remain unpaid at the commencement of the term of superv...

..e defendant shall not possess a firearm or destructive device.

The defendant shall participate in a program of testing and treatment for drug and alcohol ..... release.

[X]     The defendant shall participate in a program of testing and treatment for drug and alcohol ... directed by the probation officer, until such time as the defendant is released from the progr... probation officer.

# STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit an... local crime. In addition:

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer as directed by the court or probation officer and sh... complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions ...
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer fo... acceptable reasons;
6)   the defendant shall notify the probation officer within 72 hours of any change in residence or em...
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distr... or other controlled substance, or any paraphernalia related to such substances, except as presc...
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, d...
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not ... of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or el... and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrest... officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agen... permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risk... criminal record or personal history or characteristics, and shall permit the proba... confirm the defendant's compliance with such notification requirement.

AO 245S (Rev 4/90) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>*(For Offenses Committed On or After November 1, 1987)* |

Albert Campbell
(Name of Defendant)

ATTEST:
A TRUE COPY CERTIFIED
Scott L. Poff, Clerk
United States District Court

By casbell at 12:10 pm, Jan 28, 2020

Case Number:  CR 294-00053-001

Kevin Gough
Defendant's Attorney

THE DEFENDANT:

[ ]   pleaded guilty to count(s) _____.

[X]   was found guilty on count _one_____ after a plea of not guilty

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base | September 8, 1994 | one |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).

[ ]   Count(s) _____ (is)(are) dismissed on the motion of the United States.

[X]   It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count one_____, which shall be due [X] immediately  [ ] as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  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____

Defendant's Date of Birth:  January 9, 1964____

Defendant's Mailing Address:

315 Northwest 201 Street____
Miami, Florida____

Defendant's Residence Address:

315 Northwest 201 Street____
Miami, Florida____

May 19, 1995·____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

Judge, U.S. District Court____
Name & Title of Judicial Officer

_____
Date

Case 2:94-cr-00053-LGW-BWC   Document 266   Filed 05/23/95   Page 3 of 5

AO 245S (Rev 4/90) Sheet 3 - Supervised Release

Judgment-Page _3_ of _5_

Defendant:   Albert Campbell
Case Number:   CR 294-00053-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of
ten years                                                                                    .

While on supervised release, the defendant shall not commit another federal, state, or local crime and
shall not illegally possess a controlled substance.  The defendant shall comply with the standard conditions that
have been adopted by this court (set forth below).  If this judgment imposes a restitution obligation, it shall
be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the
commencement of the term of supervised release.  The defendant shall comply with the following additional
conditions:

[X]    The defendant shall report in person to the probation office in the district to which the defendant is
       released within 72 hours of release from the custody of the Bureau of Prisons.

[ ]    The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised
       release.

[X]    The defendant shall not possess a firearm or destructive device.

[X]    The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as
       directed by the probation officer, until such time as the defendant is released from the program by the
       probation officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or
local crime.  In addition:

1)    the defendant shall not leave the judicial district without permission of the court or probation officer;
2)    the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and
      complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)    the defendant shall support his or her dependents and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other
      acceptable reasons;
6)    the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic
      or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted
      of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation
      of any contraband observed in plain view by the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement
      officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the
      permission of the court;
13)   as directed by the probation officer, the defendant shall notify third parties of risk that may be occasioned by the defendant's
      criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to
      confirm the defendant's compliance with such notification requirement.

) 245S (Rev 4/90) Sheet 2 - Imprisonment

Judgment-Page  2   of  5

Defendant:          Albert Campbell
Case Number:     CR 294-00053-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:  420 months

[X]     The Court makes the following recommendations to the Bureau of Prisons:

FCI, Tallahassee, Florida

[X]     The defendant is remanded to the custody of the United States Marshal.
[ ]     The defendant shall surrender to the United States Marshal for this district,

[ ] at ____ a.m./p.m. on _____.
[ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
[ ] before 2:00 p.m. on _____.
[ ] as notified by the United States Marshal.
[ ] as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

Case 2:94-cr-00053-LGW-BWC Document 266 Filed 05/23/95 Page 4 of 5

AO 245S (Rev 4/90) Sheet 7 - Statement of Reasons

Judgment-Page  4  of  5

Defendant:        Albert Campbell
Case Number:      CR 294-00053-001

## STATEMENT OF REASONS

[X]  The court adopts the factual findings and guideline application in the presentence report.

OR

[ ]  The court adopts the factual findings and guideline application in the presentence report except
(See attachments if necessary)

**Guideline Range Determined by the Court:**

Total Offense Level:  42

Criminal History Category:  IV

Imprisonment Range:  360 months  to  Life

Supervised Release Range:  10  years

Fine Range: $ 25,000.00  to $ 8,000,000.00

     [X]        Fine is waived or is imposed below guideline range, because of defendant's inability to pay.

Restitution $_____

     [ ]        Full restitution is not ordered for the following reason(s):

[ ]      The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

[X]      The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):  The sentence adequately reflects the defendant's actions and role during the instant offense, his past criminal history, and reflects an appropriate sentence for the amount of drugs involved.

OR

The sentence departs from the guideline range

     [ ]      upon motion of the government, as a result of defendant's substantial assistance.

     [ ]      for the following reason(s):

Case 2:94-cr-00053-LGW-BWC   Document 266   Filed 05/23/95   Page 5 of 5

AO 245S (Rev 4/90) Sheet 8 - Denial of Federal Benefits

Judgment-Page _5_ of _5_

Defendant:          Albert Campbell
Case Number:        CR 294-00053-001

## DENIAL OF FEDERAL BENEFITS
### (For Offenses Committed On or After November 18, 1988)

## FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862(a)

IT IS ORDERED that the defendant shall be:

[X] ineligible for all federal benefits for a period of _five years_ ending _May 19, 2000_.

[ ] ineligible for the following federal benefits for a period of _____ ending _____.

(specify benefits) _____

_____

_____

### OR

[ ]      Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

## FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)

IT IS ORDERED that the defendant shall:

[ ] be ineligible for all federal benefits for a period of___ ending __.

[ ] be ineligible for the following federal benefits for a period of _ ending __.

(specify benefits) _____

_____

_____

[ ]      successfully complete a drug testing and treatment program.

[ ]      perform community service, as specified in the probation or supervised release portion of this judgment.

[ ]   Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.

**Pursuant to 21 U.S.C. § 862, this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility.**

THE CLERK OF THE COURT IS RESPONSIBLE FOR SENDING A COPY OF THIS PAGE AND THE FIRST PAGE OF THIS JUDGMENT TO: U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, WASHINGTON, D.C. 20531.