**United States District Court**

**Southern District of Florida**

**Miami Division**

UNITED STATES OF AMERICA,

CASE NO. 294-0052

v.

Albert Campbell III

Movant.

**MOTION TO TERMINATE SUPERVISED RELEASED AFTER**

**COMPLETION OF ONE-YEAR OF SUPERVISION**

**PURSUANT TO TITLE 18 U.S.C. S 3583(e)(1)**

**NOW COMES** Albert Campbell III, appearing pro se, and files this Motion to Terminate Supervised Release, pursuant to U.S.C. 3583(e)(1).

**INTRODUCTION**

The district court enjoys "broad discretion" when, after "tak[ing] into account a variety of considerations, including the nature of the offense and the history of the offender, as well as any implications of public safety and deterrence," it discharges a defendant's supervised release. See United States v. Jeanes, 150 F.3d 548, 484 (5th Cir 1998). "These [factors] are largely the same considerations the court must assess when imposing the original sentence." Id.

Title 18 U.S.C. 3583(e)(1) states that: "The court may, after considering the factors set forth in section (a)(l), (a)(2)(B), (a)(2)(C), (a)(4), (a)(5), and (a)(6), terminate a term of supervised release and discharge the person released at any time after the expiration of one year of supervised release … if it is satisfied that such action is warranted by the person released and the interest of justice."

"Claims of injustice or unfairness may be properly evaluated—as one factor among many-under the board and general directive of 3583(e)(1)." Jeanes at 484-485. However, the court must be "satisfied that such action is warranted by the conduct of the defendant and in the interest of justice." Id.

As the Supreme Court has noted:

[3538(e)(1)] is the unequivocal provision for ending the term of supervised release without the possibility of its reimposition or continuation at a later time. Congress wrote that when a court finds that a defendant's conduct and the interest of justice warrant it, the court may "terminate a term of supervised

1

release and discharge the person released," once at least a year of release time has been served. <u>Johnson v. United States</u>, 529 U.S. 694, 120 S.Ct. 370, 146 L.Ed. 2d 727, 738 (2000).

## DISCUSSION

Movant Albert Campbell III respectfully asks this court to terminate his supervised release for his "conduct" while on supervised release and in the "interest of justice."

### I.

Mr. Campbell has shown exemplary post-conviction adjustment and conduct in his supervision responsibilities. He has fully complied with the court's express terms of supervision, including abstaining from drug use (as evidenced by his continued "clean" drug monitoring), fully obeying the law, and diligently complying with the requirements of the Probation Department. Mr. Campbell has tried to live a productive lifestyle by holding steady employment while supporting himself.

### II.

When evaluating his offense conduct, criminal history, and potential for further crimes, Mr. Campbell believes this court can find that his future and continued supervision is not required because he meets the criteria, as suggested by the U.S. Administrative Office of the courts, for early termination, which include: "law-abiding behavior, full compliance with the conditions of supervision, and a responsible, productive lifestyle." See <u>Publication 109</u>, p.37(1993), U.S. Administrative Office of Courts. See also, <u>Publication 109</u>, Chapter III, p. 19-21 (2007 Revision) Mr. Campbell meets all of the following suggested criteria from Publication 109 (p. 20):

1. Stable community reintegration (e.g., residence, family, employment);
2. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;
3. No aggravated role in the offense of conviction;
4. No history of (e.g., sexually assaultive, predatory behavior, or domestic violence);
5. No recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct);
6. No recent evidence of alcohol or drug abuse);
7. No recent psychiatric episodes);
8. No identifiable risk to the safety of any identifiable victim; and
9. No identifiable risk to public safety based on the Risk Prediction index (RPI).

**CONCLUSTION**

WHEREFORE, premises considered, Mr. Campbell asks this court to terminate his supervised release term early for the aforementioned reasons.

DATED: _June 24, 2020_

Respectfully Submitted,


Mr. Albert Campbell III, Pro Se

_Albert Campbell III_

351 NW 201st Street

Miami, FL 33169


**CERTIFICATE OF SERVICE**


I Mr. Albert Campbell III, hereby certify that a true and correct copy of the foregoing Motion to Terminate Supervised Release was served, via U.S. Mail, to the following parties on this _24th_ day of _June_, 2020


The Honorable Darrin P. Gayles

400 N. Miami FL 33128


_Albert Campbell III_

Albert Campbell III

351 NW 201st Street

Miami, FL 33169

(786) 858-2283



**BOARD OF COUNTY COMMISSIONERS**

*Audrey M. Edmonson*

**OFFICE OF THE CHAIR**

Chairwoman
Audrey M. Edmonson

Vice Chairwoman
Rebeca Sosa

Barbara J. Jordan
District 1

Jean Monestime
District 2

Sally A. Heyman
District 4

Eileen Higgins
District 5

Xavier L. Suarez
District 7

Danielle Levine Cava
District 8

Dennis C. Moss
District 9

Javier D. Souto
District 10

Joe A. Martinez
District 11

Jose "Pepe" Diaz
District 12

Esteban Bovo, Jr.
District 13

April 23, 2020

To whom it may concern:

I am contacting you in reference to Albert Campbell, a community activist in Miami-Dade County. I am reaching out to you as you deliberate Albert Campbell's early termination of Supervised Release and ask for your mercy and full consideration of his request.

I met Albert Campbell in my professional capacity as a Commissioner in Miami-Dade County almost two years ago. He has been nothing but sincere and supportive of my endeavors to create a safe County where residents can live, work and play. I depend on him when I need help and assistance during numerous community issues, especially in areas of my District with a disadvantaged population. Moreover, and equally as important, Albert is a member of the Circle of Brotherhood, a community-based organization that provides technical support to men of all ages throughout Miami-Dade County. Through this organization, he has become our community partner in the efforts to see men that have made mistakes flourish and provide much needed opportunities to many of the underserved.

Although the most important thing in Albert's life is undoubtedly his family, he has tirelessly given to this community by assisting in endeavors wherever he may find them. He has embodied the term "giving back."

I respect your thoughtfulness and fairness in this process and hope you will consider this information as you contemplate his early termination of Supervised Release. Notwithstanding, whatever the outcome, I want it to be known that I believe in Albert as a respected and active participant in this community and if rehabilitation and reentry in a positive manner is part of your criteria, you have an excellent candidate in Albert Campbell. Thank you for taking the time to hear my thoughts on this matter.

Sincerely,

Audrey M. Edmonson
Chairwoman



# *Miami-Dade County Public Schools*

### *giving our students the world*

*Superintendent of Schools*
*Alberto M. Carvalho*

*Miami-Dade County School Board*
*Perla Tabares Hantman, Chair*
*Dr. Steve Gallon III, Vice Chair*
*Dr. Dorothy Bendross-Mindingall*
*Susie V. Castillo*
*Dr. Lawrence S. Feldman*
*Dr. Martin Karp*
*Dr. Lubby Navarro*
*Dr. Marta Pérez*
*Mari Tere Rojas*

May 1, 2020

To Whom It May Concern:

I am pleased to submit this letter of support on behalf of Mr. Albert Campbell as he seeks early termination of his Supervised Release. I have known Mr. Campbell for more than 2 years and had the opportunity to watch him re-establish himself, improve his life and dedicate his time in serving his community with love and respect.

As an individual who has known dark years in a penitentiary, Mr. Campbell has emerged with a new purpose and drive. He is a hard worker and conveys undeniable determination to make a positive impact in all of his endeavors. Over the years, I consistently saw evidence of his passion, caring, commitment and persistence to the Circle of Brotherhood's mission in solving our community problems and making our neighborhood a safer place to live. Mr. Campbell has worked hard to rebuild his life and create a good reputation. He has also become one of the best examples of redemption in Miami-Dade County. He is an inspiration for so many.

Mr. Albert Campbell has exemplified the will to turn his life around, and I join my voice with a long list of community leaders who support his motion. He has my highest recommendation. Please do not hesitate to contact me with any questions at 305.995.2311.

Sincerely,

*Dorothy Bendross-Mindingall*

**Dr. Dorothy Bendross-Mindingall**
**School Board Member, District 2**

# *Second Canaan Missionary Baptist Church, Inc.*
## CHURCH COMMITMENT "FELLOWSHIP, FORGIVENESS AND HUMILITY"
### 4343 NW 17 Avenue, Miami, Florida  33142
### Church Office 305-638-1789
### Fax  305-638-1886
#### JEFFREY L. MACK - PASTOR

April 23, 2020

To Whom It May Concern,

It is an honor to write this reference letter on behalf of our friend, Mr. Albert Campbell.  Mr. Campbell is a very helpful and respectful person in our community.  You can always rely on him to come through on difficult situations.  Since I've known him, he's been reliable, faithful, and committed to change this community.

Mr. Campbell is a member of the *"Circle of Brotherhood,"* where I serve as the President.  He is one of our spoke persons for our training for various organizations such as, Miami-Dade Police Cadet, City of Miami Police Cadets, Public Defenders Office, etc.  I was also inspired and impressed as he committed to be part of the *"Hunger Nine,"* which was a group of nine (9) men who publicly went on a hunger strike for over twenty (20) days to bring awareness to gun violence in our community.  He is also the contact person for *"Mothers of Murdered Children."*

He is a leader and a team player, who is loved by all ages in the community, and we are blessed to love him and work by his side.

Sincerely,

Pastor Jeffrey L. Mack

| Church Clerk | Chairman, Deacon's Ministry | Chairman, Trustee Ministry | Church Administrator/Treasurer |
|---|---|---|---|
| LaTonia  Bailey | Dea. Milton Coffee | Lillie McCrae | Dea. Arnold J. Kelly |

Mr. Campbell has risen into the ranks of leadership and serves as one of our executive members. He helps lead our civil servant police trainings, serves as a representative on radio and television and has acquired worldwide notoriety as a member of The Hunger 9. He was one of nine members of our organization that embarked upon a 21 and ½ day Hunger Strike against gun violence. Mr. Campbell has accumulated more than 1,500 hours of community service and has effectively helped transform the lives of hundreds of young men through mentoring and instruction. I wholeheartedly endorse the character and reputation of this great gift from God; who is playing a more than vital role in the redevelopment of our community and transformation of our most disparate youth. We need a thousand more Albert Campbells and he is helping us develop them.

Sincerely Submitted,

*Lyle Muhammad*

Lyle Muhammad
Executive Director /Circle of Brotherhood

April 28, 2020


To whom it may concern:

Florida Parents of Murdered Children is a local organization that lobbies for state and local legislation to make our communities safer and we advocate for services of families that have been impacted by gun violence. We are not a 501 C3 organization, but a group of survivors of Murdered Children trying to make a difference in Florida.

I confirm that I have known Mr. Albert Campbell for 3 years. Mr. Campbell is an active participant with Florida Parents of Murdered Children. He participates by advocating and planning with Florida Parents of Murdered Children as needed.

At all times I have found Mr. Campbell to be dependable, hardworking and honest.  Mr. Campbell is a leader in Miami=Dade County, he's respected by Pastors, Political Leaders, Advocates and an example to our youth and young adults.


If you have any question, please do not hesitate to contact me at 786 286-1104.



Sincerely,


*Tangela Sears*

Tangela Sears,
Founder/President
Florida Parents of Murdered Children

**THE CIRCLE OF BROTHERHOOD**
**www.CIRCLEOFBROTHERHOOD.ORG**

Circle of Brotherhood    Onebrother1hood

5120 NW 24th Ave. Miami, FL 33142 | Circleofbrotherhood305@gmail.com

June 24, 2020

To: The Honorable
Darrin P. Gayles
400 N. Miami FL 33128

Filing a motion for early termination of supervised release. Mr. Albert Campbell case number 294-0053.

Dear Judge,

First, let me start by thanking you for your service to the community and the residents of your jurisdiction. My name is Leroy Jones I was born in Savannah Georgia. My family and I moved to Miami Florida when I was 9 years of age. I'm now 55 years of age. I been married for 17 years to a beautiful woman whom I grew up with in government housing. I'm also a father and stepfather of 11 children. For the record I'm also a former convicted felon who recently receive my restoration of my voting rights by the governor of the State of Florida and his cabinet last year. I must say my life started off rough, but I don't blame anyone, and I take full responsibility for my past. I'm also a strong believer it's not how you start the race but how you finish it.

Through diligence and hard work, I'm now being called by some the most respected and active grassroot small business owners and community organizers in Miami-Dade County. My work has been featured well over 300 times in various newspapers, and I have received over 50 plaques and certificates for my services. My organization, Neighbors and Neighbors Associates is responsible for creating government programs have gained national attention.

I serve my community whole heartedly and to date have donated at least 35% of my income back into the neighborhood on a yearly basis. My work has been noticed and praised by local elected officials who have sought to implement my programs within their areas.

I have all these accreditations and praises, and second to being a great dad and a super husband, my greatest achievement today is being the lead organizer for a very young organization called the Circle of Brotherhood; which is a small grass root organization comprised of men working hard to solve problems in our community.

We like to say we have guys in our group whose backgrounds range from the suites to the streets. We have men in our organization whom have never seen or been in the back of a police car to men who have done over 20 years in prison.

Therefore, I am proud to write this Letter on behalf of Mr. Albert Campbell, a very proud and active member of the Circle of Brotherhood. Because of his professionalism he has advanced quickly within the organization and been elected as our official greeter for all of our meetings and events we host. He has gained the respect of executive members and the admiration of new incoming members. The entire team looks up to him and respect his commitment and dedications he displays while participating in everything we do. It's a blessing to have a man of his caliber in our organization.

Many of our group members respect his background and upbringing. He has inspired others to change their way of thinking so dramatically to where most have developed the belief to become givers and not takers unto the community.

Believe it or not, even with all my accomplishments, he's becoming a role model in my life.

He often mentions about how grateful he is for being given the opportunity to work for Neighbors and Neighbors Association a non-profit organization that provides financial and technical assistance to qualified small businesses approved to receive dedicated funding through Miami-Dade County. Albert has an amazing convincing power and he leads by example. He is one of the members of the hunger 9, a hunger strike against gun violence. Albert proudly says "being a part of the hunger 9 is one of his greatest accomplishments as a community activist". For 21 days Mr. Campbell and the hunger 9 went without food, lived in a makeshift tent on the corner of 62nd st and NW 12th Ave., right across from the notorious Liberty City Housing projects also known as the pork n beans. During the 21-day hunger strike Mr. Campbell gained support from the Mayor of Miami Dade County, Commissioner Suarez who also invited Mr. Campbell and his wife to his home for dinner, and a host of dignitary has given Mr. Campbell their support.

In closing your honor, I have no doubt in my mind that Mr. Campbell is going to continue to be an upright citizen that everyone in his community will continue to Admire.

I have enclosed some information about myself as well as a few photos of Mr. Campbells participation in the COB.

I thank you for your time and consideration regarding this matter and hope that you would grant in our favor for early termination of his supervised release.

Respectfully,

Leroy Jones

If you have any questions, please give me a call at 305-993-9470

**Please Note:** Here are links to provide more information about me and the organization.

**Testimonial Link:**
https://drive.google.com/file/d/1H7FlArPiELL31zVEHyD7Rq20u6SPurNW/view?usp=drivesdk

Leroy Jones: Google Leroy Jones Miami or Leroy Jones NANA

Circle of Brotherhood: Facebook – Circle of Brotherhood

Circle of Reality Law Enforcement Training:
https://www.nbcmiami.com/on-air/as-seen-on/Circle-of-Brotherhood-Training-Program_Miami-488200551.html

Miami hunger strikers receive support from March for Our Lives members – WSVN 7News | Miami News, Weather, Sports | Fort Lauderdale

https://wsvn.com/news/local/miami-hunger-strikers-receive-support-from-march-for-our-lives-members/

https://www.local10.com/news/local/miami/group-s-hunger-strike-against-gun-violence-raised-awareness-protester-says

https://thinkprogress.org/nine-black-men-hunger-strike-gun-violence-miami-florida-1a6adc999662/











































# THE CIRCLE OF BROTHERHOOD

# Operation Hunger Strike

## IN AN EFFORT TO STOP GUN VIOLENCE

# THE HUNGER 9



## ON THE CORNER OF
# NW 62nd Street & NW 12th Ave
## MIAMI, FLORIDA

**The greatest sacrifice is to deny oneself in order to bring awareness to a cause or dilema that one believes in!**

# NOW-UNTIL

If we going to boycott something how about we
## BOYCOTT THE KILLINGS!!!

# #peacemakers #thehunger9
# #saveourcommunity

# WWW.CIRCLEOFBROTHERHOOD.ORG



# The Miami Times



# BODY OF SACRIFICE BY BROTHERS

Circle of Brotherhood members embark on a hunger
strike to protest gun violence in the community



## 'WAYNE FOR AMERICA' OR WAYNE FOR MIRAMAR?

## FAMILY SEEKS ANSWERS

Crump calls on Justice Department to investigate
death of Latasha Walton, who was shot by trooper







THE FINAL CALL

9

# ...e Black men endure hunger
# ...ins to heal community's wounds

By T. Adams
...orting Writer

...t started with pain
...ces the will to take
...path, and the quick

...tion's legacy Liber-
...embarked on a
...Liberty City's—and
...mes

...fulness or signs
...sed their mouths,
...days. They withheld
...eep and utilized it for
...not taking in food
...ers, all to speak to the
...gun violence.

...Anthony Black-
...ipie Jackson, McAr-
...Melvin El, Minister
...Burden, Philip Mu-
...d, Edward Haynes

...hemselves The Hun-

...aritie is born
...on on a mission to
...though they are no
... themselves. Sev-
...ve seen the inside
...ll for as many as
...learned their lives
...ull time and are
...change.

...tine out of a larger
...the Circle of Broth-
...they're a close-knit
...th in several Miami
...h work against vio-
...day former felons
...amily atmosphere
...roken communities
...s community mem-
...e they're in need
...COB needed them to



Nation of Islam, Seventh Region Student Minister Patrick Muhammad speaks at
Hunger 9's press conference and community event



Lyle Muhammad speaks to audience members and press

known as the "Pork N Beans," which
is notorious for its gun violence. It's
also across the street from Sherdavia
Jenkins Peace Park, a small play-
ground dedicated to Sherdavia Jen-
kins, a 9-year-old girl shot and killed
in 2006 near her Liberty City home.
Gun violence is what led members
of the COB to do a candlelight vigil in
Liberty City.

"To hear 40 to 50 mothers griev-
ing and wailing in one place... I was
an experience that I will never for-
get," said Mr. Campbell, a member of
both groups. He was one of the three
members of the COB who attended
the vigil.

He saw so many women grieving
the children and lives lost due to gun
violence, but where were the men?

"Our sisters were left to carry a
burden that was really too heavy for
them. It wasn't a burden fit for one
parent. It was a burden to fit for both
parents," he said. "It was because all
that experience and the way it moved
me deeply as well as the other three
members of the Circle of Brotherhood,
that on our way back to our cars, we
were trying to come up with a plan of
what can we do that hasn't already
been done before."

Releasing of balloons, candlelight
vigils, the R.I.P. t-shirts... had all been
done before. Mr. Campbell said.

"That gave birth to the Hunger 9 as
well as showing our community there
are Black men standing up and aiding
our sisters," he said. "We're holding
[Black men] accountable because that
is totally unacceptable."



The Hunger 9 stand before community members before embarking on their fast

Mr. Haynes—one of the two
members of the Hunger 9 who nev-
er went to jail—wants to show that
every Black man has a part to play
in this fight.

"I am one of the individuals that
represents the 'safe side'" he said.
"The Circle of Brotherhood represents
brothers from the streets to the suites.
I'm here to show those individuals
who have good jobs, have their own
business, that just because we may
be better off than the regular broth-
ers in the hood, we're still brothers.
There's no sacrifice that they're mak-
ing that we shouldn't be able to make
as well."

This was Mr. Haynes' first time
fasting.

"It has brought my health into a
whole new realm. I came in here with
elevated blood pressure, 160 over

115, and now I'm down to normal lev-
els. I've gone down to as low as 100
over 82. I'm feeling better now than
I've felt in over 30 years," he said.

Living quarters for the nine men
were set up on the historic lot. For 22
days, they lived there together, slept
on cots under two tents, bathed in a
makeshift shower and used a porta
potty.

During those 22 days, Mr. Taver-
nier said none of them lost less than
20 lbs. He lost 24.

"Stopping the gun violence is one
thing, stopping the fork and knife vio-
lence is another one," he laughed.

Many members of the Hunger 9
also are entrepreneurs or are employ-
ers, including Mr. Tavernier and Mr.
Haynes. Mr. Tavernier also holds the
7th Regional Protocol post in Miami's
Muhammad Mosque No. 29.

"I've been responsible for employ-
ment responsibilities, business re-
sponsibilities since I've been here and
trying to do that while pushing down
the cravings, while pushing down the
desire for food and those kinds of
things," he said. "The spirit has been
very strong. Just to focus on this, on
my personal life and those things that
still gotta happen, while we're en-
gaged in this spiritual warfare."

### Support flows in

The men started their fast after
a March 10 press conference. They
hugged their families because they
didn't know when the strike would
end—they were going in without a
deadline.

"We did think about 20 days," said
Mr. Tavernier. "Don't think any of us
came in thinking it would take any
less."

But support quickly poured in.

"We want people to see there are
Black men here who love and will sac-
rifice their bodies because they love
the community so much," Lyle Mu-
hammad, COB executive director said
during the press conference. "There
are people declaring states of emer-
gency for walls... states of emergency
for dog parks. Well, we're declaring
a state of emergency that we need
more resources."

Once the nine started their fast, it
didn't take long for people to start pay-
ing attention to what they were trying
to do.

On day four, busloads of... mem-
bers from the Miami Rescue Mission

Continued on page 24

...ced Operation Hun-
...sioner of NW 62nd
...enue, which holds
...ess. It's where the
...working started at-
...ce County officers
...killing a Black man
...Castile. It's also next
...ticket, the first Black
...

...street are Liberty
...n project otherwise

THE FINAL CALL

of things, very difficult for us."

He said he began noticing four S's (SSSS) on his airline boarding pass which stands for "secondary secur-ity screening selection" designed by Transportation Security Administration. It means a passenger will go through a more extensive screening process including enhanced pat down, carry-on luggage may be inspected by hand, and the agent may test for possible explosive materials.

"They say it's all random but it's very intentional," Mr. Amenhotep said. The Canadian police told us that U.S. Cus-toms said we couldn't fly home because we were on a no-fly list, but they wouldn't say why. So I asked if we could speak to customs and we were told no and that we would be arrested if we entered the airport again.

The Final Call contacted the U.S. Consulate in Toronto. TSA, Air Canada and received no response. An unidenti-fied Delta airlines customer service rep. told The Final Call their employees follow instructions given by TSA and if passengers had any issues with security, contact TSA.

The Final Call also contacted Home-land Security officials in Washington D.C. but was unsuccessful at reaching anyone.

Mr. Amenhotep said the biggest injustice was denying him and Ms. Mu-hammad re-entry into the U.S. "They told us we were not allowed back into the U.S. They tried to get us to drive across the border knowing we would be detained and possibly harmed. Had it not been for Congresswoman Lee I don't think we would've made it back into the U.S."

Although they never made it to Lon-don, four days later, April 13, Ms. Mu-hammad got her new passport. Rep. Jackson Lee managed to get them es-corted by a TSA rep to the plane headed to Atlanta with a connecting flight back

to New Orleans. However, they ar-rived in Atlanta, [illegible] detained and their belongings [illegible] tagged again.

Student Minister Dr. [illegible] Muhammad said the Honorable [illegible] Muhammad, patriarch of the [illegible] Islam, told the Honorable Minister Louis Farrakhan, "Brother, you are not the depths of Satan."

"These people hate our religion," he asserted. "It is as though they warned us when he said, 'that the civility is coming off.' So now they're seeing what the slave master is showing his government actually bringing to us in 2019. The bottom line is it's past time to put aspiration aside in order to resolve the real generational problem in America."

Krystal Muhammad argued the tactics are part of a concerted U.S. gov-ernment effort to criminalize Black dom fighters who are exposing state terror against Black people.

"The police are the local military of the state government and 90 percent of the action that we've had has been addressing the genocide of our people that has been carried on by the police. And because we speak out against their terrorism they call us Black Identity Ex-tremists," she said.

Two months ago, the American Civil Liberties Union and Center for [illegible] Justice filed a Freedom of Information Act lawsuit against the FBI and De-partment of Justice for records related to the surveillance of Black people and Black-led organizations pursuant to a 2017 FBI Intelligence Assessment that asserts without evidence the existence of so-called 'Black Identity Extremists' likely motivated to target law enforce-ment officers."

"The FBI's baseless claims about a fictitious group of Black Identity Ex-tremists throws open the door to racial profiling of Black people and Black-led

people affected by gun violence could bring t-shirts with their loved ones faces on it and hang them.

**Now what?**

On Day 21, the Hunger 9 held a huge press conference and com-munity event to announce their Exit strategy. City mayors, commission-ers, spiritual leaders, and community members were present.

"We failed to disrespect any dignitaries out there—but these are the only dig-nitaries here today," announced Lyle Muhammad, pointing to the nine men in the front row. His words were met by cheers and applause.

[illegible] Mayor Francis Suarez said, "The Circle of Brotherhood [illegible] taken ownership over their com-

munity. This year we're 40 percent below last year's 51-year low" Miami homicide rate.

Nation of Islam Student Minister Patrick Muhammad, the 7th Regional representative of the Honorable Min-ister Louis Farrakhan, stood by the Hunger 9 during their fast and shared words on uniting spiritual leaders, the community and taking action.

State Rep. Kionne McGhee pledged funds to go towards the Hun-ger 9's efforts and pledged to confer with his colleagues to get more fund-ing.

Last to speak were students from Marjory Stoneman Douglas High School, saying they were invited to work with the Hunger 9 to continue









On behalf of The Hunger 9, we would like to thank our special supporters who helped out physically or financial, by having a THANK YOU DINNER ON SATURDAY, APRIL 13, 2019 at 4 pm, 5120 NW 24th Ave., Miami. You and ONE invited guest are invited. Please let us know if you will be able to attend so that  accommodations can be made. Again thank you for caring about us. FROM BROTHER LEROY, LEAD ORGANIZER













NANA





## <u>Meeting for this Thursday June 25</u>

Unit one
54th 18th

✓ 1. Keith Biggins          9:00-9:15        (Gave $100 invest)
✓ 2. Big Jim               10:00-10:15      (Motervational Speaker)
✓ 3. Toddrick Sutton   Need Job   10:45-11:00
   4. Nathanial James     11:30-11:45  ─  4:00
✓ 5. Luqman Jones         12:30-12:45
   6. Eric Parker          1:00-1:15
   7. Richard Simmons      3:00-3:13
   8. Marvin Campbell      5:00-5:15
                                          └─ Nathanial James
                                                    4:00



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

**Date of Referral** _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|

| Address (Home) | City | State | Zip |
|---|---|---|---|

| Address (Mailing) | City | State | Zip |
|---|---|---|---|

| Telephone Number ☐ Home ☐ Cell | Additional Contact Name |
|---|---|

**What is the best method of contact? (Select one)**
☐ E-mail   ☐ Mail
☐ Phone   ☐ Other (specify) _____

Additional Contact Phone Number

Additional Contact E-mail

**Can VR leave a message at the number listed above?** ☐ Yes   ☐ No

Gender ☐ Male   ☐ Female
☐ Does not wish to disclose or self-identify

E-mail Address

**Have you ever received services from VR?** ☐ Yes   ☐ No

**Marital Status** ☐ Divorced   ☐ Married
☐ Never Married   ☐ Separated   ☐ Widowed

Education Level

**Ethnicity**
☐ Hispanic or Latino
☐ Not Hispanic or Latino
☐ Does not wish to disclose or self-identify

**Race (Check all that apply)**
☐ American Indian/Alaska Native   ☐ Asian
☐ Black or African American   ☐ White
☐ Native Hawaiian or Other Pacific Islander
☐ Does not wish to disclose or self-identify

**Accommodations**
Do you require an Interpreter?   ☐ Yes, ASL   ☐ Yes other, specify language:
Do you require an assistive listening device?   ☐ Yes
Do you require translated documents?   ☐ Yes
Do you require any other accommodations for your impairment?   ☐ Yes   If so, please explain:

**What impairment prevents you from working?**

**How can VR help you become employed?**

**How did you hear about us?**
Agency/Vendor/School:          Contact Person:          Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office. For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

For Office Use Only

Received Date : _____
☐ Phone   ☐ Mail   ☐ In Person   ☐ Fax
Contact Date: _____   Contacted by: _____
☐ Phone   ☐ Letter   ☐ In Person
Orientation Scheduled: ☐ Group   ☐ Individual   Date: _____
Additional Notes: _____

**Outcome of Referral**
☐ Completed Application
☐ Decided not to apply
☐ Missed Orientation
☐ Other _____



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

Date of Referral _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|
| | | |

| Address (Home) | City | State | Zip |
|---|---|---|---|
| Address (Mailing) | City | State | Zip |

Telephone Number ☐ Home ☐ Cell | Additional Contact Name

What is the best method of contact? (Select one)
☐ E-mail ☐ Mail
☐ Phone ☐ Other (specify) _____

Additional Contact Phone Number

Additional Contact E-mail

Can VR leave a message at the number listed above? ☐ Yes ☐ No

Gender ☐ Male ☐ Female
☐ Does not wish to disclose or self-identify

E-mail Address

Have you ever received services from VR? ☐ Yes ☐ No

Marital Status ☐ Divorced ☐ Married
☐ Never Married ☐ Separated ☐ Widowed

Education Level

Ethnicity
☐ Hispanic or Latino
☐ Not Hispanic or Latino
☐ Does not wish to disclose or self-identify

Race (Check all that apply)
☐ American Indian/Alaska Native ☐ Asian
☐ Black or African American ☐ White
☐ Native Hawaiian or Other Pacific Islander
☐ Does not wish to disclose or self-identify

Accommodations
Do you require an Interpreter? ☐ Yes, ASL ☐ Yes other, specify language:
Do you require an assistive listening device? ☐ Yes
Do you require translated documents? ☐ Yes
Do you require any other accommodations for your impairment? ☐ Yes If so, please explain:

What impairment prevents you from working?

How can VR help you become employed?

How did you hear about us?
Agency/Vendor/School: | Contact Person: | Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office. For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

**For Office Use Only**

Received Date : _____
☐ Phone ☐ Mail ☐ In Person ☐ Fax
Contact Date: _____ Contacted by: _____
☐ Phone ☐ Letter ☐ In Person
Orientation Scheduled: ☐ Group ☐ Individual Date: _____
Additional Notes: _____

Outcome of Referral
☐ Completed Application
☐ Decided not to apply
☐ Missed Orientation
☐ Other _____

VRW300 (3/2018)



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

Date of Referral _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|

| Address (Home) | City | State | Zip |
|---|---|---|---|
| Address (Mailing) | City | State | Zip |

| Telephone Number ☐ Home ☐ Cell | Additional Contact Name |
|---|---|
| What is the best method of contact? (Select one)<br>☐ E-mail ☐ Mail<br>☐ Phone ☐ Other (specify) _____ | Additional Contact Phone Number |
| | Additional Contact E-mail |
| Can VR leave a message at the number listed above? ☐ Yes ☐ No | Gender ☐ Male ☐ Female<br>☐ Does not wish to disclose or self-identify |
| E-mail Address | Have you ever received services from VR? ☐ Yes ☐ No |

| Marital Status ☐ Divorced ☐ Married<br>☐ Never Married ☐ Separated ☐ Widowed | Education Level |
|---|---|

| Ethnicity<br>☐ Hispanic or Latino<br>☐ Not Hispanic or Latino<br>☐ Does not wish to disclose or self-identify | Race (Check all that apply)<br>☐ American Indian/Alaska Native ☐ Asian<br>☐ Black or African American ☐ White<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ Does not wish to disclose or self-identify |
|---|---|

**Accommodations**
Do you require an Interpreter? ☐ Yes, ASL ☐ Yes other, specify language:
Do you require an assistive listening device? ☐ Yes
Do you require translated documents? ☐ Yes
Do you require any other accommodations for your impairment? ☐ Yes  If so, please explain:

What impairment prevents you from working?
How can VR help you become employed?

How did you hear about us?
Agency/Vendor/School:                Contact Person:                Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office.  For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

| For Office Use Only | Received Date : _____<br>☐ Phone ☐ Mail ☐ In Person ☐ Fax<br>Contact Date: _____   Contacted by: _____<br>☐ Phone ☐ Letter ☐ In Person<br>Orientation Scheduled: ☐ Group ☐ Individual   Date: _____<br>Additional Notes: _____ | Outcome of Referral<br>☐ Completed Application<br>☐ Decided not to apply<br>☐ Missed Orientation<br>☐ Other _____ |
|---|---|---|



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

**Date of Referral** _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|

| Address (Home) | City | State | Zip |
|---|---|---|---|
| Address (Mailing) | City | State | Zip |

Telephone Number  ☐ Home  ☐ Cell

Additional Contact Name

What is the best method of contact? (Select one)
☐ E-mail  ☐ Mail
☐ Phone  ☐ Other (specify) _____

Additional Contact Phone Number

Additional Contact E-mail

Can VR leave a message at the number listed above?  ☐ Yes  ☐ No

Gender  ☐ Male  ☐ Female
☐ Does not wish to disclose or self-identify

E-mail Address

Have you ever received services from VR?  ☐ Yes  ☐ No

**Marital Status**  ☐ Divorced  ☐ Married
☐ Never Married  ☐ Separated  ☐ Widowed

Education Level

**Ethnicity**
☐ Hispanic or Latino
☐ Not Hispanic or Latino
☐ Does not wish to disclose or self-identify

**Race (Check all that apply)**
☐ American Indian/Alaska Native  ☐ Asian
☐ Black or African American  ☐ White
☐ Native Hawaiian or Other Pacific Islander
☐ Does not wish to disclose or self-identify

**Accommodations**
Do you require an Interpreter?  ☐ Yes, ASL  ☐ Yes other, specify language:
Do you require an assistive listening device?  ☐ Yes
Do you require translated documents?  ☐ Yes
Do you require any other accommodations for your impairment?  ☐ Yes   If so, please explain:

What impairment prevents you from working?

How can VR help you become employed?

How did you hear about us?
Agency/Vendor/School:          Contact Person:          Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office.  For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

**For Office Use Only**

Received Date : _____
☐ Phone  ☐ Mail  ☐ In Person  ☐ Fax
Contact Date: _____          Contacted by: _____
☐ Phone  ☐ Letter  ☐ In Person
Orientation Scheduled:  ☐ Group  ☐ Individual     Date: _____
Additional Notes: _____

**Outcome of Referral**
☐ Completed Application
☐ Decided not to apply
☐ Missed Orientation
☐ Other _____



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

Date of Referral _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|

| Address (Home) | City | State | Zip |
|---|---|---|---|

| Address (Mailing) | City | State | Zip |
|---|---|---|---|

Telephone Number ☐ Home ☐ Cell

Additional Contact Name

What is the best method of contact? (Select one)
☐ E-mail ☐ Mail
☐ Phone ☐ Other (specify) _____

Additional Contact Phone Number

Additional Contact E-mail

Can VR leave a message at the number listed above? ☐ Yes ☐ No

Gender ☐ Male ☐ Female
☐ Does not wish to disclose or self-identify

E-mail Address

Have you ever received services from VR? ☐ Yes ☐ No

**Marital Status** ☐ Divorced ☐ Married
☐ Never Married ☐ Separated ☐ Widowed

Education Level

**Ethnicity**
☐ Hispanic or Latino
☐ Not Hispanic or Latino
☐ Does not wish to disclose or self-identify

**Race (Check all that apply)**
☐ American Indian/Alaska Native ☐ Asian
☐ Black or African American ☐ White
☐ Native Hawaiian or Other Pacific Islander
☐ Does not wish to disclose or self-identify

**Accommodations**
Do you require an Interpreter? ☐ Yes, ASL ☐ Yes other, specify language:
Do you require an assistive listening device? ☐ Yes
Do you require translated documents? ☐ Yes
Do you require any other accommodations for your impairment? ☐ Yes  If so, please explain:

**What impairment prevents you from working?**

**How can VR help you become employed?**

**How did you hear about us?**
Agency/Vendor/School:      Contact Person:      Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office.  For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

**For Office Use Only**

Received Date : _____
☐ Phone ☐ Mail ☐ In Person ☐ Fax

Contact Date: _____      Contacted by: _____
☐ Phone ☐ Letter ☐ In Person
Orientation Scheduled: ☐ Group ☐ Individual    Date: _____
Additional Notes: _____

**Outcome of Referral**
☐ Completed Application
☐ Decided not to apply
☐ Missed Orientation
☐ Other _____



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

Date of Referral _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|

| Address (Home) | City | State | Zip |
|---|---|---|---|

| Address (Mailing) | City | State | Zip |
|---|---|---|---|

| Telephone Number ☐ Home ☐ Cell | Additional Contact Name |
|---|---|

What is the best method of contact? (Select one)
☐ E-mail   ☐ Mail
☐ Phone   ☐ Other (specify) _____

Additional Contact Phone Number

Additional Contact E-mail

| Can VR leave a message at the number listed above? ☐ Yes ☐ No | Gender ☐ Male ☐ Female ☐ Does not wish to disclose or self-identify |
|---|---|

| E-mail Address | Have you ever received services from VR? ☐ Yes ☐ No |
|---|---|

| Marital Status ☐ Divorced ☐ Married ☐ Never Married ☐ Separated ☐ Widowed | Education Level |
|---|---|

**Ethnicity**
☐ Hispanic or Latino
☐ Not Hispanic or Latino
☐ Does not wish to disclose or self-identify

**Race (Check all that apply)**
☐ American Indian/Alaska Native   ☐ Asian
☐ Black or African American       ☐ White
☐ Native Hawaiian or Other Pacific Islander
☐ Does not wish to disclose or self-identify

**Accommodations**
Do you require an Interpreter?                                  ☐ Yes, ASL   ☐ Yes other, specify language:
Do you require an assistive listening device?                   ☐ Yes
Do you require translated documents?                            ☐ Yes
Do you require any other accommodations for your impairment?    ☐ Yes   If so, please explain:

**What impairment prevents you from working?**

**How can VR help you become employed?**

**How did you hear about us?**
Agency/Vendor/School:          Contact Person:          Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office. For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

<div style="border:1px solid">

**For Office Use Only**

Received Date : _____
☐ Phone ☐ Mail ☐ In Person ☐ Fax

Contact Date: _____   Contacted by: _____
      ☐ Phone ☐ Letter ☐ In Person
Orientation Scheduled: ☐ Group ☐ Individual   Date: _____
Additional Notes: _____

**Outcome of Referral**
☐ Completed Application
☐ Decided not to apply
☐ Missed Orientation
☐ Other

</div>



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

**Date of Referral** _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|

| Address (Home) | City | State | Zip |
|---|---|---|---|

| Address (Mailing) | City | State | Zip |
|---|---|---|---|

**Telephone Number**  ☐ Home   ☐ Cell

**Additional Contact Name**

**What is the best method of contact? (Select one)**
☐ E-mail   ☐ Mail
☐ Phone   ☐ Other (specify) _____

**Additional Contact Phone Number**

**Additional Contact E-mail**

**Can VR leave a message at the number listed above?**   ☐ Yes   ☐ No

**Gender**   ☐ Male   ☐ Female
☐ Does not wish to disclose or self-identify

**E-mail Address**

**Have you ever received services from VR?**   ☐ Yes   ☐ No

**Marital Status**   ☐ Divorced   ☐ Married
☐ Never Married   ☐ Separated   ☐ Widowed

**Education Level**

**Ethnicity**
☐ Hispanic or Latino
☐ Not Hispanic or Latino
☐ Does not wish to disclose or self-identify

**Race (Check all that apply)**
☐ American Indian/Alaska Native   ☐ Asian
☐ Black or African American   ☐ White
☐ Native Hawaiian or Other Pacific Islander
☐ Does not wish to disclose or self-identify

**Accommodations**
Do you require an Interpreter?   ☐ Yes, ASL   ☐ Yes other, specify language:
Do you require an assistive listening device?   ☐ Yes
Do you require translated documents?   ☐ Yes
Do you require any other accommodations for your impairment?   ☐ Yes   If so, please explain:

**What impairment prevents you from working?**

**How can VR help you become employed?**

**How did you hear about us?**
Agency/Vendor/School:        Contact Person:        Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office.  For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

**For Office Use Only**

Received Date : _____
☐ Phone   ☐ Mail   ☐ In Person   ☐ Fax
Contact Date: _____   Contacted by: _____
☐ Phone   ☐ Letter   ☐ In Person
Orientation Scheduled:   ☐ Group   ☐ Individual   Date: _____
Additional Notes: _____

**Outcome of Referral**
☐ Completed Application
☐ Decided not to apply
☐ Missed Orientation
☐ Other _____

VRW300 (3/2018)



# Referral to Vocational Rehabilitation

Vocational Rehabilitation (VR) is here to help individuals with disabilities prepare for, advance in, or retain employment.

Date of Referral _____

| Name of Individual (Please print) | Date of Birth | Social Security Number |
|---|---|---|

| Address (Home) | City | State | Zip |
|---|---|---|---|

| Address (Mailing) | City | State | Zip |
|---|---|---|---|

Telephone Number ☐ Home ☐ Cell

Additional Contact Name

**What is the best method of contact? (Select one)**
☐ E-mail   ☐ Mail
☐ Phone   ☐ Other (specify) _____

Additional Contact Phone Number

Additional Contact E-mail

Can VR leave a message at the number listed above?   ☐ Yes   ☐ No

Gender   ☐ Male   ☐ Female
☐ Does not wish to disclose or self-identify

E-mail Address

Have you ever received services from VR?   ☐ Yes   ☐ No

**Marital Status** ☐ Divorced   ☐ Married
☐ Never Married   ☐ Separated   ☐ Widowed

Education Level

**Ethnicity**
☐ Hispanic or Latino
☐ Not Hispanic or Latino
☐ Does not wish to disclose or self-identify

**Race (Check all that apply)**
☐ American Indian/Alaska Native   ☐ Asian
☐ Black or African American   ☐ White
☐ Native Hawaiian or Other Pacific Islander
☐ Does not wish to disclose or self-identify

**Accommodations**
Do you require an Interpreter?   ☐ Yes, ASL   ☐ Yes other, specify language:
Do you require an assistive listening device?   ☐ Yes
Do you require translated documents?   ☐ Yes
Do you require any other accommodations for your impairment?   ☐ Yes   If so, please explain:

**What impairment prevents you from working?**

**How can VR help you become employed?**

**How did you hear about us?**
Agency/Vendor/School:                    Contact Person:                    Phone #:

Please complete this page then mail or turn in the referral to the nearest VR office.  For a list of offices, go to www.rehabworks.org and then click on "Contact Us" and then select "Directory of Local VR Offices and Vendors"; or you may call our toll free number 1-(800)-451-4327 for more information.

**For Office Use Only**

Received Date : _____
☐ Phone   ☐ Mail   ☐ In Person   ☐ Fax
Contact Date: _____   Contacted by: _____
☐ Phone   ☐ Letter   ☐ In Person
Orientation Scheduled: ☐ Group   ☐ Individual   Date: _____
Additional Notes: _____

**Outcome of Referral**
☐ Completed Application
☐ Decided not to apply
☐ Missed Orientation
☐ Other _____

VRW300 (3/2018)

Mr. Albert Campbell III
351 N.W. 201st Street
Miami, FL 33169

USMS INSPECTED

The Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson Jr. U.S. Courthouse
400 N Miami Ave, Miami 33128

loopm9

7019 2280 0001 9807 3805

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



1020



33128